UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ZACHARY MARSHALL,<br><br>Defendant. | Criminal No. 1:23-cr-10127-LTS |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for defendant Zachary Marshall in the above-captioned case.

Respectfully submitted,

/s/ *Alexandra Arnold*
Alexandra Arnold (BBO #706208)
CLOHERTY & STEINBERG LLP
33 Arch Street, Suite 3150
Boston, MA 02110
617-481-0160
aarnold@clohertysteinberg.com

Dated: October 20, 2023

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants, as identified on the Notice of Electronic Filing, on October 20, 2023.

/s/ *Alexandra Arnold*
Alexandra Arnold