**US v. Zachary MARSHALL**

Plea Facts

1.      Catalytic converters are a component of an automotive vehicle's exhaust system that reduce the toxic gas and pollutants from a vehicle's internal combustion engine into safe emissions by catalyzing a redox reaction process. Catalytic converters use precious metals in their center or "core" and are regularly targeted for theft due to the high value of these metals. Catalytic converters are required components on all combustion engine automobiles in the United States as regulated by the Environmental Protection Agency ("EPA"). Every individual state in the United States dictates emission standards for their catalytic converters, which makes the concentration of precious metals in catalytic converters vary from state-to-state.

2.      Thieves steal catalytic converters from vehicles for the precious metals that the cores contain, including palladium, platinum, and rhodium. Some of these precious metals are more valuable per ounce than gold and their value has been increasing in recent years. The black-market price for certain catalytic converters can be above $1,000 each. Catalytic converters are often stolen from the underside of vehicles by using handheld power tools (including reciprocating saws, sawzalls, pneumatic or hydraulic pipe-cutters, or oxy-acetylene gas cutting torches) and automotive tools (floor jacks and jack stands). Skilled thieves can remove a catalytic converter completely within a few minutes or less. Additionally, catalytic converters often lack unique serial numbers, VIN information, or other distinctive identification features, making them difficult to trace to their lawful owner. Thus, the theft of catalytic converters has become increasingly popular because of their value, relative ease to steal, and their lack of identifying markings.

3.      Catalytic converter thieves are well-informed about which vehicle makes and models contain the most precious metals in their catalytic converters. Thieves typically obtain

pricing information from online pricing applications that list the purchase price of catalytic converters taken from certain make and model of cars. This price is believed to be calculated based on the known quantity of precious metal in the catalytic converter for a certain make and model of vehicle as compared to the price of the precious metal on the commodity market. Catalytic converter thieves (sometimes referred to as "cutters") often conduct searches in residential neighborhoods, parking lots, industrial areas, and other locations to identify and steal the most high-value catalytic converters. Often these high-value catalytic converters are on trucks, and thieves target businesses and industrial parks that have multiple trucks of the same make and model containing high value catalytic converters.  Additionally, certain vehicles such as larger trucks and vans have multiple catalytic converters that can be taken from a single vehicle. Based on the confluence of these factors, catalytic converter theft has become a nationwide problem across many state, local, and federal jurisdictions. The theft of a vehicle's catalytic converter results in damage that renders the vehicle inoperable until properly replaced. Not only are the vehicles mechanically unable to be driven, but they are also not legally operable under the EPA regulations until repaired.

4.       The process to remove the precious metals from the catalytic converters is complex and may release toxic gases. Therefore, catalytic converters are typically sold intact to an extraction company or "core buyer." The extraction company will remove the core from the catalytic converter using a "de-canning" process that crushes the honeycomb structure (or "brick") inside the core, resulting in precious metal powders. The process of de-canning will crush the core or brick inside the catalytic converters; new bricks are not available for sale to the general public. The precious metal powders are then sold to a metal refinery for further processing.

5.      The cost of a catalytic converter ranges between $500 and $8,000, depending on the vehicle's make and model. In general, the larger the engine, the more expensive the converter. Consequently, catalytic converter theft has a profound effect on interstate commerce. Individuals are left without the use of their vehicle until it is repaired, and cannot get to work, bring their children to school, or go about their day. Businesses are left unable to deliver their products, pickup supplies, or service their customers. And if multiple vehicles in a business's fleet are targeted, then the business must obtain replacement vehicles in order to meet the demands of the day while the damaged vehicles are repaired. In the course of this investigation, investigators have learned that it is not uncommon for targeted businesses to lose the use of their trucks and vehicles for multiple weeks while replacement parts are ordered and repairs take place. Additionally, the same businesses are often targeted repeatedly because they happen to have a fleet comprised of vehicles with high-value catalytic converters.  Investigators in this case have personally spoken to local automobile repair companies and other subject matter experts who have stated that in many instances the necessary parts to make the repairs are backordered in excess of six (6) weeks. Replacement parts and labor can exceed $10,000 per vehicle.  Labor is added because the valuable portion of the converter is cut out during the theft, and the remaining portions must be removed and disposed of, and new parts obtained and installed.

6.      This investigation, dubbed **Operation Cut & Run**, was developed through the submission of local catalytic converter theft incidents to Mass Crime Net, which is an information sharing service run by the Massachusetts State Police Fusion Center.  Mass Crime Net receives information from local police departments in the region and then distributes the information to the group of participating agencies.  Through information-sharing facilitated by the service, local departments are alerted to missing persons, emergent public safety matters, and ongoing crimes

and trends in neighboring communities.  In this particular case, numerous local departments across Massachusetts were developing information that a Maroon Acura MDX was involved in catalytic converter thefts in their jurisdictions.  These local police investigations of individual theft incidents resulted in surveillance video depicting a Maroon Acura MDX that had a number of identifying features: maroon color, distinct six (6) spoke rims, chrome running boards, tinted windows, a front split grille, no front plate, and visually distinct roof racks.

7.      Review of surveillance video showed at least two suspects being involved in the thefts. In nearly all instances, the thefts took place late at night or in the early morning and the suspects wore dark clothing and utilized power tools.  Some targeted vehicles required the use of a jack to lift the vehicles and gain access to the catalytic converters.  The thefts were accomplished quickly, with each converter requiring 30 to 60 seconds to cut out and remove and the thieves knowing where to look for the converter based on the make/model of the vehicle they were targeting. There were also commonalities in the vehicles being targeted.  Specifically, commercial delivery vehicles were favored, including Isuzu, Nissan, and Ford trucks and vans, and passenger vehicles such as Toyota Priuses and Corollas.

8.      Through this investigation, Rafael DAVILA was identified as the owner of the Maroon Acura MDX, and the leader of an organized group of thieves committing these thefts. Rafael DAVILA would undertake the catalytic converter thefts with a group of individuals, including  Carlos  FONSECA,  Nicolas  DAVILA  (brother  to  Rafael  DAVILA),  Zachary MARSHALL, and Santo FELIBERTY.

9.      Once in possession of the stolen catalytic converters, the investigation revealed that Rafael DAVILA routinely transferred them to Jose TORRES, a/k/a "Goldy" who would accumulate stolen catalytic converters from multiple theft crews. TORRES would then transport

4

bulk quantities of stolen catalytic converters to dealers in Connecticut, Rhode Island, and the New York / New Jersey area, who would buy them and refine them. In particular, TORRES sold stolen catalytic converters to entities and individuals who have since been federally indicted for interstate transportation of stolen property and money laundering offenses related to catalytic converter thefts. These individuals include Alexander Kolitsas of Downpipe Depot charged federally in the District of Connecticut,[1] Lovin Khanna, and Ishu Lakra of DG Auto, a New Jersey based company charged federally in the Eastern District of California and Northern District of Oklahoma.[2]

**A.     Interstate Thefts Attributable to ZACHARY MASHALL**

10.     Had this case proceeded to trial, the government would have introduced evidence of 42 catalytic converter thefts that the Defendant participated in committing with codefendant Rafael Davila that are attributable to him.

| Date | Location | Identified Number of Vehicles Stolen From | Identified Participants |
|------|----------|-------------------------------------------|-------------------------|
| 1/19/2023 | Fitchburg, MA | 8 | RAFAEL DAVILA, ZACHARY MARSHALL |
| 1/19/2023 | Leominster, MA | 1 | RAFAEL DAVILA, ZACHARY MARSHALL |
| 1/31/2023 | Shrewsbury, MA | 16 | RAFAEL DAVILA, ZACHARY MARSHALL |
| 2/9/2023 | Wilmington, MA | 1 | RAFAEL DAVILA, ZACHARY MARSHALL |

[1] *See United States v. Kolitsas, et. al.*, Docket No. 22-CR-171, ECF #1, Indictment (D. Conn. Aug. 16, 2022); "INDICTMENT CHARGES 5 MEN INVOLVED IN SCHEME TO STEAL AND SELL CATALYTIC CONVERTERS", Aug. 24, 2022, available at https://www.justice.gov/usao-ct/page/file/1533511/download.

[2] *See United States v. Khanna, et. al.*, Docket No. 22-CR-0213, ECF #1, Indictment (E.D. Cal. Oct. 20, 2022); *United States v. Khanna, et. al.*, Docket No. 22-CR-348, ECF #1, Indictment (N.D. Okla. Oct. 4, 2022); "Justice Department Announces Takedown of Nationwide Catalytic Converter Theft Ring," Nov. 2, 2022, available at https://www.justice.gov/opa/pr/justice-department-announces-takedown-nationwide-catalytic-converter-theft-ring.

| 2/9/2023 | Woburn, MA | 13 | RAFAEL DAVILA, ZACHARY MARSHALL |
|---|---|---|---|
| 2/16/2023 | Marlborough, MA | 1 | RAFAEL DAVILA, ZACHARY MARSHALL |
| 2/16/2023 | Northborough, MA | 4 | RAFAEL DAVILA, ZACHARY MARSHALL |
| 2/28/2023 | Auburn, MA | 2 | RAFAEL DAVILA, ZACHARY MARSHALL |
| 2/28/2023 | Millbury, MA | 7 | RAFAEL DAVILA, ZACHARY MARSHALL |
| 3/7/2023 | Wilmington, MA | 3 | RAFAEL DAVILA, ZACHARY MARSHALL |
| 3/7/2023 | Woburn, MA | 2 | RAFAEL DAVILA, ZACHARY MARSHALL |
| 3/7/2023 | Hudson, MA | 1 | RAFAEL DAVILA, ZACHARY MARSHALL |
| 3/7/2023 | Burlington, MA | 4 | RAFAEL DAVILA, ZACHARY MARSHALL |
| 3/9/2023 | Auburn, MA | 3 | RAFAEL DAVILA, ZACHARY MARSHALL |
| 3/9/2023 | Bedford, MA | 2 | RAFAEL DAVILA, ZACHARY MARSHALL |
| 3/9/2023 | Billerica, MA | 4 | RAFAEL DAVILA, ZACHARY MARSHALL |
| 3/16/2023 | Sterling, MA | 20 | RAFAEL DAVILA, ZACHARY MARSHALL |
| 3/21/2023 | Leominster, MA | 13 | RAFAEL DAVILA, ZACHARY MARSHALL |
| 4/6/2023 | Northbridge, MA | 1 | RAFAEL DAVILA, ZACHARY MARSHALL |
| 4/6/2023 | Worcester, MA | 1 | RAFAEL DAVILA, ZACHARY MARSHALL |
| | | 107 | |

**TARGET PHONE 7 – Phone Number Ending in 9737**

11.     Investigators obtained records for a phone number ending in 9737 ("TARGET PHONE 7"). The subscriber for TARGET PHONE 7 is a woman who is believed to be MARSHALL's girlfriend. Investigators obtained Apple records for TARGET PHONE 7, and Zachary MARSHALL is listed as the user of the iCloud account associated with TARGET PHONE 7. Investigators also attribute TARGET PHONE 7 to MARSHALL through review of

text messages between DAVILA (utilizing TARGET PHONE 1) and MARSHALL (using TARGET PHONE 7), where MARSHALL self-identifies during the conversation. Investigators have reviewed text messages between DAVILA (utilizing TARGET PHONE 1) and MARSHALL (utilizing TARGET PHONE 7) where they discuss the process of transporting and monetizing the stolen catalytic converters, and the sale of stolen catalytic converters to dealers located outside of Massachusetts, and to TORRES (referred to as "Goldy").

**A.     1/19/23, Fitchburg, MA and Leominster, MA**

12.     According to Fitchburg Police Reports 23-2718-OF, 23-2736-OF, 23-2737-OF, 23-2745-OF, 23-2771-OF, 23-2787-OF, 23-2950-OF, and 23-3103-OF, on or about January 19, 2023, Fitchburg Police received reports of catalytic converter thefts. Based upon review of the reports, a total of eight vehicles were targeted and had their catalytic converters stolen. Investigators know from historical GPS tracking data that the MAROON ACURA MDX was involved in these thefts. According to the reports, Fitchburg Police recovered surveillance video in the area of the thefts and were able to identify a vehicle involved in the thefts at approximately 1:20 AM on January 19, 2023. This vehicle appears to match the description of the MAROON ACURA MDX. A still image from surveillance video recovered by Fitchburg Police follows:



13.     According to Leominster Police Report 23-2711-OF, on or about January 19, 2023, Leominster Police received a report of a catalytic converter theft. Based upon review of the report, one vehicle was targeted and had its catalytic converter stolen. Investigators know from historical GPS tracking data that the MAROON ACURA MDX was involved in this theft.

14.     Investigators conducted a preliminary review of historical CSLI for TARGET PHONE 1 utilized by Rafael DAVILA relative to the incidents.

       a.  TARGET PHONE 1 utilized cell towers in Fitchburg, MA from approximately 12:47 AM to 3:50 AM, on January 19, 2023. These cell towers are within 1 mile from the locations of the thefts in Fitchburg, MA.  Engineering data for TARGET PHONE 1 placed it in the immediate vicinity of the locations of the thefts in Fitchburg, MA.

       b.  TARGET PHONE 1 utilized cell towers in Leominster, MA from approximately 3:53 AM to 4:40 AM, on January 19, 2023. The cell towers are within 2 miles from the location of the theft in Leominster, MA.  Engineering data for TARGET PHONE 1 placed it in the immediate vicinity of the location of the theft in Leominster, MA.

15.     Investigators conducted a preliminary review of historical CSLI for TARGET PHONE 7 utilized by Zachary MARSHALL relative to the incidents.

       a.  TARGET PHONE 7 utilized cell towers in Fitchburg, MA from approximately 12:45 AM to 3:50 AM, on January 19, 2023. The cell towers are within 1 mile from the locations of the thefts in Fitchburg, MA.  Engineering data for TARGET PHONE 7 placed it in the immediate vicinity of the locations of the thefts in Fitchburg, MA.

       b.  TARGET PHONE 7 utilized cell towers in Leominster, MA from approximately 3:53 AM to 4:40 AM, on January 19, 2023. The cell towers are within 2 miles from the location of the theft in Leominster, MA.  Engineering data for TARGET PHONE 7 placed it in the immediate vicinity of the location of the theft in Leominster, MA.

16.     Investigators learned that the MAROON ACURA MDX stopped at the Charlton I-90 westbound service plaza at approximately 5:15 AM on January 19, 2023.  Investigators obtained surveillance video from the Charlton service area that depicted DAVILA and

MARSHALL entering the plaza at the time.  It is of note that DAVILA was wearing the same

clothing (Adidas hat and black shirt with white writing) as previously observed during other thefts.

A still image from the Charlton service plaza video on January 19, 2023, follows depicting

MARSHALL in gray (left) and DAVILA in black (right):



17.     Investigators reviewed text messages between DAVILA (utilizing TARGET

PHONE 1) and MARSHALL (utilizing TARGET PHONE 7) on January 18, 2023. Those text

messages capture DAVILA and MARSHALL meeting up at around 11:15 PM before heading out

to Leominster, MA and Fitchburg, MA to commit the thefts.

| Date/Time | Author | Content |
|---|---|---|
| 1/18/2023 10:36:23 PM | DAVILA | Where am I picking you up? |
| 1/18/2023 10:36:40 PM | MARSHALL | I was bout drive to Jorge's crib but I'm at the bakery |
| 1/18/2023 10:39:15 PM | DAVILA | I don't wanna be too far off the highway when we get back |
| 1/18/2023 10:39:33 PM | MARSHALL | So we're you want me to go I'm at the bakery I can meet were ever though |
| 1/18/2023 10:40:04 PM | DAVILA | Hall of fame on the hotel side. |
| 1/18/2023 10:40:47 PM | DAVILA | I'm still home leaving in 5 min then I  have to stop for gas |
| 1/18/2023 10:40:52 PM | MARSHALL | Ok when you want me to go |
| 1/18/2023 10:41:02 PM | DAVILA | So probably like 20-25 min I'll be there |
| 1/18/2023 10:41:12 PM | MARSHALL | Ok so I be over there |
| 1/18/2023 10:45:01 PM | DAVILA | Ok |
| 1/18/2023 11:10:52 PM | DAVILA | I'm pulling up |
| 1/18/2023 11:11:16 PM | MARSHALL | Aight I'm here in like middle parking lot |

**B.**     **1/31/23, Shrewsbury, MA**

18.     According to Shrewsbury Police Reports 2023000003854, 2023000003855, 2023000003857, 2023000003862, 2023000003903, 2023000003883, 2023000003892, 2023000003894, 2023000003901, 2023000003925, 2023000003928, 2023000003929, 2023000003941, 2023000004032, 2023000004034, 2023000004532, 2023000004543, on or about January 30, 2023, Shrewsbury Police received reports of catalytic converter thefts. Based upon review of the reports, sixteen vehicles were targeted and had their catalytic converters stolen. Investigators know from historical GPS tracking data that the MAROON ACURA MDX was involved in these thefts.  A still image taken of the MAROON ACURA MDX that evening follows:



19.     Shrewsbury Police also received a report from a security guard in one of the location where some of the thefts took place. The security guard reported that at approximately 1:00 AM, he observed a maroon-colored SUV, possibly an Acura, near a Toyota Corolla that was lifted up by a jack.  The suspects then observed the guard, quickly lowered the Corolla and sped off in the SUV.

20.     Investigators conducted a preliminary review of historical CSLI for TARGET PHONE 1 utilized by Rafael DAVILA relative to the incidents.

    a.  TARGET PHONE 1 utilized cell towers in Shrewsbury, MA from 12:40 AM to 6:15 AM on January 31, 2023. The cell towers are within 2 miles from the locations of the thefts in Shrewsbury, MA.  Engineering data for TARGET PHONE 1 placed it in the immediate vicinity of the locations of the thefts in Shrewsbury, MA.

21.    Investigators conducted a preliminary review of historical CSLI for TARGET PHONE 7 utilized by Zachary MARSHALL relative to the incidents.

    a.  TARGET PHONE 7 utilized cell towers in Shrewsbury, MA from 12:40 AM to 5:52 AM on January 31, 2023. The cell towers are within 2 miles from the locations of the thefts in Shrewsbury, MA.  Engineering data for TARGET PHONE 7 placed it in the immediate vicinity of the locations of the thefts in Shrewsbury, MA.

22.    Investigators learned that the MAROON ACURA MDX stopped at a Sunoco Gas Station in Springfield, MA at approximately 10:20 PM on January 30, 2023.  Investigators obtained surveillance video from the gas station. In the video, DAVILA can be observed entering the convenience store, making a purchase, and then pumping gas into the MAROON ACURA MDX. Of note, DAVILA is wearing a black Adidas hat and black sneakers with silver piping.  Still images from the surveillance video follow:



23.    Investigators reviewed text messages between DAVILA (utilizing TARGET PHONE 1) and MARSHALL (utilizing TARGET PHONE 7) on January 30, 2023. Those text

messages capture DAVILA and MARSHALL meeting up at the Basketball Hall of Fame around 10:36 PM before heading out to Shrewsbury, MA to commit the thefts.

| Date/Time | Author | Content |
|---|---|---|
| 1/30/2023 9:17:46 PM | DAVILA | I'm going to my crib to get everything together |
| 1/30/2023 9:18:09 PM | MARSHALL | Ok just give me a call when you ready bro |
| 1/30/2023 9:18:23 PM | DAVILA | Aight coo |
| 1/30/2023 10:06:42 PM | DAVILA | I'm on the way to get gas. I'll be at the hall of fame in about 25 minutes |
| 1/30/2023 10:33:17 PM | MARSHALL | I'm pulling up in there |
| 1/30/2023 10:36:37 PM | DAVILA | I'm here |

**C.    2/9/23, Wilmington, MA and Woburn, MA**

24.     According to Wilmington Police Report 23-161-OF, on or about February 9, 2023, Wilmington Police received a report of a catalytic converter theft. Based upon review of the report, one vehicle was targeted and had its catalytic converter stolen.  Investigators know from historical GPS tracking data that the MAROON ACURA MDX was involved in this theft.

25.     According to Woburn Police Reports 23-211-OF, 23-212-OF, 23-213-OF, 23-214-OF, 23-215-OF, 23-216-OF, 23-220-OF, 23-221-OF, and 23-227-OF, on or about February 9, 2023, Woburn Police received reports of catalytic converter thefts. Based upon review of the reports, thirteen vehicles were targeted and had their catalytic converters stolen. Investigators know from historical GPS tracking data that the MAROON ACURA MDX was involved in these thefts. According to the reports, Woburn Police recovered surveillance video in the area of the thefts and were able to identify a vehicle involved in the thefts at 2:41 AM and 3:08 AM on February 9, 2023. This vehicle appears to match the description of the MAROON ACURA MDX. A still image from surveillance video recovered by Woburn Police follows:



26.     Investigators learned that the MAROON ACURA MDX stopped at a Sunoco Gas Station in Springfield, MA at approximately 10:51 PM on February 8, 2023. Based on review of surveillance video, DAVILA arrived, entered the convenience store, made a purchase of two waters and another beverage, and then pumped gas into the MAROON ACURA MDX.  While pumping the gas, DAVILA put on a bright yellow glove to handle an item that he appears to discard. DAVILA entered the driver's seat of the MAROON ACURA MDX and departed the Sunoco at approximately 11:00 PM on February 8, 2023. Still images from the surveillance video follow:



27.     Investigators obtained surveillance video from the Hilton Hotel located at the

Basketball Hall of Fame in Springfield, MA. Review of the surveillance showed the following:

    a.  At approximately 11:08 PM on February 8, 2023, the MAROON ACURA MDX
        arrived and parked in the parking lot. As it arrived, it parked near a gray Infiniti
        that was already parked in the parking lot. A male dressed in black exited the gray
        Infiniti and a male dressed in black exited the MAROON ACURA MDX.  The
        male from the Infiniti then entered the passenger seat of the MAROON ACURA
        MDX and the driver of the MAROON ACURA MDX reentered the driver's seat.
        The MAROON ACURA MDX then departs at 11:12 PM on February 8, 2023.
        The gray Infiniti remains in the parking lot.

    b.  At 6:09 AM on February 9, 2023, the MAROON ACURA MDX arrives and
        parks near the gray Infiniti. The passenger of the MAROON ACURA MDX exits
        and then enters the driver's seat of the gray Infiniti. The MAROON ACURA
        MDX and gray Infiniti then depart the parking lot at 6:11 AM on February 9,
        2023.

28.     Investigators travelled to the location where the gray Infiniti G37X bearing Texas

Buyer Reg. 57432B2 with VIN: JN1CV6AR5AM454787 was parked.  Investigators observed

opened and empty Milwaukee packaging beside and behind where the Infiniti was parked in the

public parking lot.  These packages were from a Milwaukee rechargeable headlamp and a black

fleece lined beanie, consistent with items utilized during the thefts.  The discarded Milwaukee items were seized as evidence and analyzed for the presence of latent fingerprints. That analysis revealed that a fingerprint associated with MARSHALL was identified on the packaging.

29.     Investigators conducted a preliminary review of historical CSLI for TARGET PHONE 1 utilized by Rafael DAVILA relative to the incidents.

> 38   TARGET PHONE 1 utilized a cell tower in Springfield, MA at 11:12 PM on February 8, 2023, and at 6:11 AM on February 9, 2023. This cell tower is within 3000 feet of the Basketball Hall of Fame in Springfield, MA.
>
> 39   TARGET PHONE 1 utilized a cell tower in Wilmington, MA at 1:14 AM, 1:16 AM, and 1:17 AM on February 9, 2023. This cell tower is within 1 mile from the location of the theft in Wilmington MA.  Engineering data for TARGET PHONE 1 placed it in the immediate vicinity of the location of the theft in Wilmington, MA.
>
> 40   TARGET PHONE 1 utilized cell towers in Woburn, MA from 1:33 AM to 4:35 AM on February 9, 2023. The cell towers are within 2 miles from the locations of the thefts in Woburn, MA.  Engineering data for TARGET PHONE 1 placed it in the immediate vicinity of the locations of the thefts in Woburn, MA.

30.     Investigators conducted a preliminary review of historical CSLI for TARGET PHONE 7 utilized by Zachary MARSHALL relative to the incidents.

> a.   TARGET PHONE 7 utilized a cell tower in Springfield, MA at 11:12 PM on February 8, 2023, and at 6:12 AM on February 9, 2023. This cell tower is within 3000 feet of the Basketball Hall of Fame in Springfield, MA
>
> b.   TARGET PHONE 7 utilized a cell tower in Wilmington, MA at 1:11 AM, 1:13 AM, 1:17 AM, 1:19 AM, 1:21 AM, 1:27 AM, 1:29 AM, and 1:42 AM on February 9, 2023. This cell tower is within 1 mile from the location of the theft in Wilmington, MA.  Engineering data for TARGET PHONE 7 placed it in the immediate vicinity of the location of the theft in Wilmington, MA.
>
> c.   TARGET PHONE 7 utilized cell towers in Woburn, MA from 1:35 AM to 4:29 AM on February 9, 2023. The cell towers are within 2 miles from the locations of the thefts in Woburn, MA.  Engineering data for TARGET PHONE 7 placed it in the immediate vicinity of the locations of the thefts in Woburn, MA.

31.     Investigators reviewed text messages between DAVILA (utilizing TARGET

PHONE 1) and MARSHALL (utilizing TARGET PHONE 7) on February 8, 2023. Those text messages capture DAVILA and MARSHALL meeting up at the Basketball Hall of Fame around 11:00 PM before heading out to Wilmington, MA and Woburn, MA to commit the thefts.

| Date/Time | Author | Content |
|---|---|---|
| 2/8/2023 8:26:58 AM | MARSHALL | Send me the whole list of the codes so I can send to my man's in Florida just all the codes |
| 2/8/2023 6:29:40 PM | MARSHALL | You was trying to go out today ? |
| 2/8/2023 6:30:05 PM | DAVILA | I'll let you know in a few. |
| 2/8/2023 6:30:18 PM | DAVILA | Ima make that list when I get home |
| 2/8/2023 6:30:31 PM | MARSHALL | Ok bro I'm down to do what ever |
| 2/8/2023 6:30:43 PM | DAVILA | Ok coo |
| 2/8/2023 9:25:59 PM | DAVILA | I'm about to head to my crib. You tryna go out? |
| 2/8/2023 9:26:55 PM | MARSHALL | Yea I'm down |
| 2/8/2023 9:27:30 PM | DAVILA | Ok ima go home and get ready |
| 2/8/2023 9:27:47 PM | MARSHALL | Ok |
| 2/8/2023 10:36:31 PM | DAVILA | I'm ready wya |
| 2/8/2023 10:36:50 PM | MARSHALL | I'm on state street |
| 2/8/2023 10:36:58 PM | MARSHALL | At shorty crib waiting |
| 2/8/2023 10:40:28 PM | DAVILA | Ok ima get gas now. Want to leave your car at your house of the hall of fame? |
| 2/8/2023 10:40:47 PM | MARSHALL | I'm come back here she don't work so I can leave it out here |
| 2/8/2023 10:45:31 PM | DAVILA | I'll be at the HOF in 15 min |
| 2/8/2023 10:45:59 PM | MARSHALL | Ok bet leaving now |

### D.    2/16/23, Marlborough, MA, Northborough, MA

32.    According to Marlborough Police Report 23-1013-OF, on or about February 16, 2023, Marlborough Police received a report of a catalytic converter theft. Based upon review of the report, one vehicle was targeted and had their catalytic converters stolen. Investigators know from historical GPS tracking data that the MAROON ACURA MDX was involved in this theft on February 9, 2023.

33.    According to Northborough Police Reports 23000002199-00006298, 2300002202-00006319, 2300002204-00006320, and 2300002230-00007229, on or about February 16, 2023, Northborough Police received reports of catalytic converter thefts. Based upon review of the reports, four vehicles were targeted and had their catalytic converters stolen. Investigators know from historical GPS tracking data that the MAROON ACURA MDX was involved in these thefts.

According to the report, Northborough Police recovered surveillance video in the area of the thefts and were able to identify a vehicle involved in the thefts at approximately 5:00 AM on February 16, 2023. This vehicle appears to match the description of the MAROON ACURA MDX. A still image from surveillance video recovered by Northborough Police follows:



34.     Investigators conducted a preliminary review of historical CSLI for TARGET PHONE 1 utilized by Rafael DAVILA relative to the incidents.

    a.  TARGET PHONE 1 utilized a cell tower in Marlborough, MA from 2:18 AM to 2:30 AM on February 16, 2023. This cell tower is within 2000 feet from the location of the theft in Marlborough, MA.  Engineering data for TARGET PHONE 1 placed it in the immediate vicinity of the location of the theft in Marlborough, MA.

    b.  TARGET PHONE 1 utilized a cell tower in Northborough, MA from 4:48 AM to 5:12 AM on February 16, 2023. This cell tower is within 1.25 miles from the locations of the thefts in Northborough, MA.  Engineering data for TARGET PHONE 1 placed it in the immediate vicinity of the locations of the thefts in Northborough, MA.

35.     Investigators conducted a preliminary review of historical CSLI for TARGET PHONE 7 utilized by Zachary MARSHALL relative to the incidents.

    a.  TARGET PHONE 7 utilized a cell tower in Marlborough, MA from 1:51 AM to 2:20 AM on February 16, 2023. This cell tower is within 2000 feet from the location of the theft in Marlborough, MA.  Engineering data for TARGET PHONE 7 placed it in the immediate vicinity of the location of the theft in Marlborough, MA.

b. TARGET PHONE 7 utilized a cell tower in Northborough, MA from 4:48 AM to 5:07 AM on February 16, 2023. This cell tower is within 1.25 miles from the locations of the thefts in Northborough, MA.  Engineering data for TARGET PHONE 7 placed it in the immediate vicinity of the locations of the thefts in Northborough, MA.

36. Investigators reviewed text messages between DAVILA (utilizing TARGET PHONE 1) and MARSHALL (utilizing TARGET PHONE 7) on February 8, 2023. Those text messages capture DAVILA and MARSHALL meeting up at the Basketball Hall of Fame ("HOF" and "Hall") around 10:50 PM before heading out to Marlborough, MA and Northborough, MA to commit the thefts.

| Date/Time | Author | Content |
|---|---|---|
| 2/15/2023 9:56:22 PM | DAVILA | I'm gettin ready |
| 2/15/2023 9:58:38 PM | MARSHALL | Ok |
| 2/15/2023 10:34:49 PM | DAVILA | Palmer or HOF? |
| 2/15/2023 10:35:47 PM | MARSHALL | I'm at state street so y'all of fame |
| 2/15/2023 10:35:52 PM | MARSHALL | Hall |
| 2/15/2023 10:37:03 PM | DAVILA | Aight coo. Be there in 15 |
| 2/15/2023 10:37:10 PM | MARSHALL | Ok I'm leave here now |
| 2/15/2023 10:37:15 PM | DAVILA | Ok |

**E.     2/20/23, Transportation of Catalytic Converters to Florida**

37. Between the dates of February 20, 2023, to February 23, 2023, R. DAVILA and MARSHALL transported dozens of catalytic converters from Feeding Hills, MA, to Florida for resale. The ARLO camera on R. DAVILA's residence captured R DAVILA and MARSHALL loading dozens of catalytic converters into the Black SUBURBAN.  Review of the camera footage revealed the following:

**February 20, 2023**
12:58 AM (1676872717167.mp4)
        Zachary Marshall arrives at residence in Silver Infiniti Sedan
        Immediately walks down to backyard where Rafael Davila is loading catalytic converters into Black Chevrolet Suburban MA Reg. 5AVY49
1:00 AM (1676872799293.mp4)
        Rafael Davila loads catalytic converters into Black Chevrolet Suburban MA Reg. 5AVY49
        14 catalytic converters loaded in total
        Zachary Marshall initially watches and then assists

       Rafael Davila carries first two and then 12 catalytic converters are handed off
       from Zachary Marshall to Rafael Davila

1:02 AM (1676872959343.mp4)
        Rafael Davila and Zachary Marshall load catalytic converters into Black
       Chevrolet Suburban MA Reg. 5AVY49
       10 catalytic converters loaded in total
       Rafael Davila carries first two and then Zachary Marshall hands off eight more
       catalytic converters

1:10 AM (1676873406333.mp4)
       Rafael Davila and Zachary Marshall load catalytic converters into Black
       Chevrolet Suburban MA Reg. 5AVY49
       Can see two catalytic converters being loaded

1:12 AM (1676873537303.mp4)
       Rafael Davila and Zachary Marshall load catalytic converters into Black
       Chevrolet Suburban MA Reg. 5AVY49
       Can see two catalytic converters being loaded

1:13 AM (1676873585350.mp4)
       Rafael Davila and Zachary Marshall load catalytic converters into Black
       Chevrolet Suburban MA Reg. 5AVY49
       Can see two catalytic converters being loaded

1:13 AM (1676873625334.mp4)
       Rafael Davila and Zachary Marshall load catalytic converters into Black
       Chevrolet Suburban MA Reg. 5AVY49
       Can see one catalytic converter being loaded

1:59 AM (1676876373327.mp4)
       Rafael Davila drives Black Chevrolet Suburban MA Reg. 5AVY49 from
       backyard up to driveway

2:00 AM (1676876429219.mp4)
       Rafael Davila parks Black Chevrolet Suburban MA Reg. 5AVY49 adjacent to
       front door

2:01 AM (1676876513194.mp4)
       Rafael Davila and Zachary Marshall enter Black Chevrolet Suburban MA Reg.
       5AVY49
       Both proceed to then move objects around in the back vehicle
       Catalytic converters in vehicle appear to be covered by cloth looking material



2:11 AM (1676877073211.mp4)
Rafael Davila and Zachary Marshall depart residence in Black Chevrolet
Suburban MA Reg. 5AVY49

**February 23, 2023**
3:03 PM (1677182616453.mp4)
Rafael Davila and Zachary Marshall arrive back at residence in Black
Chevrolet Suburban MA Reg. 5AVY49
Returning from Florida trip

38.     Investigators reviewed Virginia State Police Report recounting a motor vehicle stop

of the CHEVROLET SUBURBAN in Greensville County, Virginia on February 20, 2023, at 10:54

AM. During the stop, the Virginia State Trooper encountered RAFAEL DAVILA driving and

ZACHARY MARSHALL in the passenger seat. The Trooper observed numerous catalytic

converters in the vehicle.


**F.      2/28/23, Auburn, MA, Millbury, MA**
39.     According to Millbury Police Reports 23-108-OF, on or about February 28, 2023,

Millbury Police received a report of catalytic converter thefts. Based upon review of the report,

seven vehicles were targeted and had their catalytic converters stolen. Investigators know from

historical GPS tracking data that the MAROON ACURA MDX was involved in these thefts.

Millbury Police recovered surveillance video in the area of the thefts depicting the suspects at approximately 11:58 PM on February 27, 2023.

40.     According to Auburn Police Reports 23-236-OF, 23-243-OF, 23-275-OF, and 23-277-OF, on or about February 28, 2023, Auburn Police received reports of catalytic converter thefts. Based upon review of the reports, two vehicles were targeted and had their catalytic converters stolen. Investigators know from historical GPS tracking data that the MAROON ACURA MDX was involved in these thefts. According to the reports, Auburn Police recovered surveillance video in the area of the thefts and were able to identify a vehicle involved in the thefts at approximately 3:54 AM on February 28, 2023. This vehicle appears to match the description of the MAROON ACURA MDX. A still image from surveillance video recovered by Auburn Police follows:



41.     Investigators conducted a preliminary review of historical CSLI for TARGET PHONE 1 utilized by Rafael DAVILA relative to the incidents.

    a.   TARGET PHONE 1 utilized a cell tower in Millbury, MA from 11:52 PM on February 27, 2023, to 1:21 AM on February 28, 2023. The cell tower is located

within 2000 feet from the location of the thefts in Millbury, MA. Engineering data for TARGET PHONE 1 placed it in the immediate vicinity of the locations of the thefts in Millbury, MA.

b.   TARGET PHONE 1 utilized cell towers in Auburn, MA from 3:07 AM to 4:20 AM on February 28, 2023. The cell towers are located within 1 mile from the locations of the thefts in Auburn, MA.  Engineering data for TARGET PHONE 1 placed it in the immediate vicinity of the locations of the thefts in Auburn, MA.

42.     Investigators conducted a preliminary review of historical CSLI for TARGET

PHONE 7 utilized by Zachary MARSHALL relative to the incidents.

a.   TARGET PHONE 7 utilized a cell tower in Millbury, MA from 11:56 PM on February 27, 2023, to 1:21 AM on February 28, 2023. The cell tower is located within 2000 feet from the location of the thefts in Millbury, MA. Engineering data for TARGET PHONE 7 placed it in the immediate vicinity of the locations of the thefts in Millbury, MA.

b.   TARGET PHONE 7 utilized cell towers in Auburn, MA from 3:06 AM to 4:20 AM on February 28, 2023. The cell towers were within 1 mile from the locations of the thefts in Auburn, MA.  Engineering data for TARGET PHONE 7 placed it in the immediate vicinity of the locations of the thefts in Auburn, MA.

**G.    3/7/23, Hudson, MA, Burlington, MA, Wilmington, MA, Woburn, MA**

43.     According to Hudson Police Report 23HUD-367, on or about March 7, 2023,

Hudson Police received a report of a catalytic converter theft. Based upon review of the report,

one vehicle was targeted and had its catalytic converter stolen. Investigators know from historical

GPS tracking data that the MAROON ACURA MDX was involved in this theft. According to the

report, Hudson Police recovered surveillance video in the area of the theft and were able to identify

a vehicle involved in the theft at approximately 12:55 AM on March 7, 2023. This vehicle appears

to match the description of the MAROON ACURA MDX. A still image from surveillance video

recovered by Hudson Police follows:



44.     According to Wilmington Police Reports 23-263-OF, 23-264-OF, and 23-265-OF, on or about March 7, 2023, Wilmington Police received reports of catalytic converter thefts. Based upon review of the reports, three vehicles were targeted and had their catalytic converters stolen. Investigators know from historical GPS tracking data that the MAROON ACURA MDX was involved in these thefts. According to the reports, Wilmington Police recovered surveillance video in the area of the thefts and were able to identify a vehicle involved in the thefts at approximately 3:40 AM and 4:12 AM on March 7, 2023. This vehicle appears to match the description of the MAROON ACURA MDX. A still image from surveillance video recovered by Wilmington Police follows:



45.     According to Woburn Police Report 23-370-OF, on or about March 7, 2023, Woburn Police received a report of catalytic converter thefts. Based upon review of the report, two vehicles were targeted and had their catalytic converters stolen. Investigators know from historical GPS tracking data that the MAROON ACURA MDX was involved in these thefts.

46.     According to Burlington Police Reports 23-6741-OF and 23-6747-OF, on or about March 7, 2023, Burlington Police received report of catalytic converter thefts. Based upon review of the reports, four vehicles were targeted and had their catalytic converters stolen. Investigators know from historical GPS tracking data that the MAROON ACURA MDX was involved in these thefts. Burlington Police recovered surveillance video in the area of the thefts depicting the suspects at approximately 1:26 AM on March 7, 2023.

47.     Additionally, Burlington Police noted that they engaged in a chase of the MAROON ACURA MDX at approximately 3:05 AM, reaching over 60 mph in a 30-mph zone. The MAROON ACURA MDX then got onto I-95 at which point the pursuit was discontinued. Burlington Police noted that the MAROON ACURA MDX "cut another vehicle off as it merged onto I-95 South at an extremely high rate of speed."  Investigators know from review of the historical GPS tracking data for the MAROON ACURA MDX that the vehicle reached 86 mph as

it travelled on Middlesex Turnpike at 3:05 AM.  Once the MAROON ACURA MDX entered onto

I-95 southbound, it reached a speed of 116 mph at 3:07:21 AM.

48.     Investigators conducted a preliminary review of historical CSLI for TARGET

PHONE 1 utilized by Rafael DAVILA relative to the incidents.

      a.   TARGET PHONE 1 utilized cell towers in Wilmington, MA and Woburn, MA
         from 3:26 AM to 5:44 AM on March 7, 2023. The cell towers were within 1 mile
         from the locations of the thefts in Wilmington, MA and Woburn, MA.
         Engineering data for TARGET PHONE 1 placed it in the immediate vicinity of
         the locations of the thefts in Wilmington, MA and Woburn, MA.

49.     Investigators conducted a preliminary review of historical CSLI for TARGET

PHONE 7 utilized by Zachary MARSHALL relative to the incidents.

      a.   TARGET PHONE 7 utilized a cell tower in Hudson, MA at 12:30 AM on March
         7, 2023. This cell tower is 500 feet from the location of the theft in Hudson, MA.
         Engineering data for TARGET PHONE 7 placed it in the immediate vicinity of
         the location of the theft in Hudson, MA.

      b.   TARGET PHONE 7 utilized a cell tower in Woburn, MA at 2:25 AM, 3:32 AM,
         4:57 AM, 4:58 AM, and 5:25 AM on March 7, 2023. This cell tower is 2000 feet
         from the location of the theft in Woburn, MA.  Engineering data for TARGET
         PHONE 7 placed it in the immediate vicinity of the location of the theft in
         Woburn, MA. This cell tower is within 2 miles from the locations of the theft in
         Wilmington, MA.

50.     Investigators obtained surveillance video from the Framingham westbound rest

stop on I-90.  Surveillance video depicts the MAROON ACURA MDX arriving, DAVILA and

MARSHALL exiting the vehicle and entering the rest stop convenience store at approximately

6:13 AM on March 7, 2023.  DAVILA and MARSHALL proceed through to the McDonald's at

the rest stop, apparently make purchases, and then exited at approximately 6:30 AM on March 7,

2023.  Still images of DAVILA and MARSHALL entering and exiting the Framingham rest area

follow:



| Entering | Exiting with McDonald's purchases |

### H.    3/9/23, Auburn, MA, Bedford, MA, Billerica, MA

51.    According to Auburn Police Reports 23-275-OF, and 23-277-OF, on or about March 9, 2023, Auburn Police received reports of catalytic converter thefts. Based upon review of the reports, three vehicles were targeted and had their catalytic converters stolen. Investigators know from historical GPS tracking data that the MAROON ACURA MDX was involved in these thefts. According to the reports, Auburn Police recovered surveillance video in the area of the thefts and were able to identify a vehicle involved in the thefts. This vehicle appears to match the description of the MAROON ACURA MDX. A still image from surveillance video recovered by Auburn Police follows:



52.     According to Billerica Police Reports 2023-0503, and 2023-0533, on or about March 9, 2023, Billerica Police received reports of catalytic converter thefts. Based upon review of the reports, four vehicles were targeted and had their catalytic converters stolen. Investigators know from historical GPS tracking data that the MAROON ACURA MDX was involved in these thefts. According to the reports, Billerica Police recovered surveillance video in the area of the thefts and were able to identify a vehicle involved in the thefts at approximately 1:42 AM and 3:11 AM on March 9, 2023. This vehicle appears to match the description of the MAROON ACURA MDX. Still images from surveillance video recovered by Billerica Police follow:



53.     According to Bedford Police Reports 2023-2749, and 2023-2751, on or about March 9, 2023, Bedford Police received reports of catalytic converter thefts. Based upon review of the reports, two vehicles were targeted and had their catalytic converters stolen. Investigators know from historical GPS tracking data that the MAROON ACURA MDX was involved in these thefts. According to the reports, Bedford Police recovered surveillance video in the area of the thefts and were able to identify a vehicle involved in the thefts at approximately 3:39 AM on March 9, 2023. This vehicle appears to match the description of the MAROON ACURA MDX. A still image from surveillance video recovered by Bedford Police follows:



54.     Investigators conducted a preliminary review of historical CSLI for TARGET PHONE 1 utilized by Rafael DAVILA relative to the incidents.

a. TARGET PHONE 1 utilized cell towers in Auburn, MA at 1:37 AM, 4:10 AM, and 7:37 AM on March 9, 2023. The cell towers are within 2 miles from the locations of the thefts in Auburn, MA.  Engineering data for TARGET PHONE 1 placed it in the immediate vicinity of the locations of the thefts in Auburn, MA.

b. TARGET PHONE 1 utilized cell towers in Bedford, MA and Billerica, MA from 1:39 AM to 3:50 AM on March 9, 2023. The cell towers are within 2 miles from the locations of the thefts in Billerica, MA and Bedford, MA.  Engineering data for TARGET PHONE 1 placed it in the immediate vicinity of the locations of the thefts in Billerica, MA and Bedford, MA.

55.    Investigators conducted a preliminary review of historical CSLI for TARGET

PHONE 7 utilized by Zachary MARSHALL relative to the incidents.

a. TARGET PHONE 7 utilized a cell tower in Auburn, MA from 4:33 AM to 5:13 AM on March 9, 2023. This cell tower is within 3000 feet from the location of the theft in Auburn, MA.  Engineering data for TARGET PHONE 7 placed it in the immediate vicinity of the location of the theft in Auburn, MA.

b. TARGET PHONE 7 utilized cell towers in Bedford, MA and Billerica, MA from 1:40 AM to 3:58 AM on March 9, 2023. The cell towers are within 2 miles from the locations of the thefts in Billerica, MA and Bedford, MA.  Engineering data for TARGET PHONE 7 placed it in the immediate vicinity of the locations of the thefts in Billerica, MA and Bedford, MA.

**I.     3/16/23, Sterling, MA**

56.    According to Sterling Police Reports 23-1865-OF, 23-1868-OF, on or about March

16, 2023, Sterling Police received reports of catalytic converter thefts. Based upon review of the

reports, twenty vehicles were targeted and had their catalytic converters stolen. Investigators know

from historical GPS tracking data that the MAROON ACURA MDX was involved in these thefts.

According to the reports, Sterling Police recovered surveillance video in the area of the thefts and

were able to identify a vehicle involved in the thefts at approximately 1:36 AM on March 16, 2023.

This vehicle appears to match the description of the MAROON ACURA MDX.  A still image

from the surveillance video recovered by Sterling Police follows:



57.     Historical GPS tracking data for the MAROON ACURA MDX showed that it left DAVILA's residence at approximately 10:30 PM on March 15, 2023, and travelled to a residence associated with MARSHALL in Thorndike, MA.  From there, the MAROON ACURA MDX travelled to Sterling, MA, and the location of the thefts into the morning of March 16, 2023.  At approximately 2:49 AM on March 16, 2023, the MAROON ACURA MDX stopped briefly a residence associated with MARSHALL in Thorndike, MA, and then travelled back to DAVILA's residence.

**J.      3/21/23, Leominster, MA**

58.     According to Leominster Police Reports 23-12441-OF, 23-12492-OF, 23-12493-OF, 23-12521-OF, 23-12547-OF, 23-12557-OF, 23-12562-OF, 23-12566-OF, 23-12876-OF on or about March 21, 2023, Leominster Police received reports of catalytic converter thefts. Based upon review of the reports, thirteen vehicles were targeted and had their catalytic converters stolen. Investigators know from historical GPS tracking data that the MAROON ACURA MDX was involved in these thefts. According to the reports, Leominster Police recovered surveillance video in the area of the thefts and were able to identify a vehicle involved in the thefts at approximately

12:05 AM on March 21, 2023. This vehicle appears to match the description of the MAROON ACURA MDX. A still image from the surveillance video recovered by Leominster Police follows:



234.     During the overnight hours of Monday, March 20, into Tuesday, March 21, 2023, Rafael Davila and Zachary Marshall conducted thefts of catalytic converters from numerous vehicles throughout the Fitchburg and Leominster, Massachusetts areas while utilizing the MAROON ACURA MDX. GPS data from the MAROON ACURA MDX revealed that R. DAVILA was in the precise location where numerous catalytic converters were both observed by investigators and reported to the local towns' police departments. GPS data from the MAROON ACURA MDX showed travel to Marshall's residence of 4016 Church Street in Thorndike, Massachusetts both before and after the crimes. At 5:31 A.M., after completing these thefts, Davila returned to his residence at 799 South West Street in Feeding Hills, Massachusetts, presumably with the stolen catalytic converters still in his Acura MDX.

235.     On March 22, 2023, investigators made the following observations from the pole-camera mounted in the area of Rafael Davila's residence located at 799 South West Street in Feeding Hills. At 3:14 P.M., an individual resembling Rafael Davila walked from the front of his residence toward the black Chevrolet Suburban which was parked in front of the building.

Investigators are familiar with this Chevrolet Suburban because it is registered to Davila's father and has been used several times by Davila to transport stolen catalytic converters following thefts. The Chevrolet Suburban then pulled along the side of the residence and out of the camera's view, presumably to the rear of the residence. At 3:28 P.M., the Chevrolet Suburban re-emerged from the rear/side of the residence and departed the area. Investigators have formed the opinion that Davila pulls the Chevrolet Suburban to the rear of his residence so as to inconspicuously load the vehicle with stolen items, such as catalytic converters, for subsequent transport.

236.     On March 22, 2023, following what investigators believe was Davila's loading of the Chevrolet Suburban with stolen catalytic converters at his residence, investigators made the following observations from the pole-camera mounted in the area of Jose Torres' residence located at 87 Oak Street in Springfield. It should be noted that a trailer which remained parked in Torres' driveway obstructed some of the observations during this time.

237.     At 3:48 P.M., Jose Torres and an unidentified, heavy-set individual wearing a white shirt were observed walking around the garage and driveway area. Both garage doors were open and a vehicle appeared parked within one side of the garage.

238.     At 4:00 p.m., a small portion of an object appeared on the far side of the trailer which was parked in Torres' driveway adjacent to the garage. The object was almost completely obstructed, however, investigators believe it may have been a vehicle which parked next to the trailer due to the fact that an item resembling a vehicle's rear lift-gate was observed protruding from behind the trailer. At the same time, Torres opened the adjacent trailer. An additional individual wearing a gray hooded sweatshirt was observed in the driveway at this time as well.

239.     At 4:09 P.M., an unidentified individual followed Torres into the garage.

240.    At 4:28 P.M., notably, Rafael Davila was clearly observed standing inside the garage talking to Torres. Investigators make note that Davila had recently, as described above, pulled his Chevrolet Suburban behind his residence before departing his residence, presumably to load catalytic converters stolen the previous day. Armed with the information that Davila was now present at Torres' residence, investigators formed the additional opinion that Davila was at Torres' with the express purpose of unloading stolen catalytic converters.

241.    At 4:58 P.M. an unidentified individual wearing a black hooded sweatshirt made several trips from the garage to the area of the driveway blocked by the trailer while carrying numerous catalytic converters.

242.    At 5:05 P.M., Torres carried a blue blanket from the garage to the area of the driveway beyond the far side of the trailer, out of the camera's view. It should be noted that on March 7, 2023, Davila utilized a similar type of blanket to cover several dozen catalytic converters he had loaded into a GMC Envoy in the driveway of 87 Oak Street in Springfield with Torres present. It stands to reason that Torres was utilizing this blanket for the similar reason of covering catalytic converters from view within a vehicle.

243.    At 5:08 P.M., Torres was observed carrying two catalytic converters from the garage to the area of the driveway blocked by the garage.

244.    At 5:09 P.M., the above-referenced object obscured by the trailer, believed to be a vehicle's rear lift-gate, disappeared from view, indicating that the lift-gate may have been closed. With the above information at hand, investigators make note that later that same evening, at 9:05 P.M., the blue GMC Envoy bearing Massachusetts registration 912MN5, which investigators believe was loaded by Davila with stolen catalytic converters in Torres' driveway on March 7 and

33

March 10, triggered a license plate reader hit that indicated the vehicle was traveling on Interstate 87 Southbound in Nyack, New York.

245.     At 10:51 P.M., the blue GMC Envoy bearing Massachusetts registration 912MN5 triggered a license plate reader hit that indicated the vehicle was traveling on Route 91 Northbound in Longmeadow, Massachusetts.

**K.      4/6/23, Mansfield, MA, Northbridge, MA, Worcester, MA**

59.     During the overnight hours of Wednesday, April 5 into Thursday, April 6, 2023, investigators suspect that Rafael Davila and Zachary Marshall attempted and/or committed catalytic converter thefts in Foxborough, Northbridge, Mansfield, and Worcester, Massachusetts while utilizing Davila's MAROON ACURA MDX. GPS data from the maroon Acura MDX confirms that the vehicle stopped in the direct vicinity of Zachary Marshall's residence of 4016 Church Street in Thorndike both before and after the thefts. GPS data additionally indicates that the maroon Acura MDX stopped at the Shell gas station located at 1144 Thorndike Street in Palmer before and after the thefts.

60.     Preliminary reports from the towns affected indicate that Davila and Marshall are responsible for attempted and/or completed catalytic converter thefts in Foxborough, Northbridge, Mansfield and Worcester.

61.     Of note, Foxborough PD engaged in a brief pursuit with the maroon Acura MDX. During the pursuit, the driver of the MAROON ACURA MDX, suspected to be Rafael Davila, deactivated the vehicle's lights and increased its speed to 120 miles per hour. Foxborough PD terminated the pursuit as a result of the speed.

62.     Investigators conducting real-time physical and electronic surveillance of the Acura MDX observed through live-tracking of the GPS device attached to it that, following the pursuit with Foxborough PD, the target vehicle proceeded southbound on Route 95 then took Route 295

southbound and crossed into Rhode Island before exiting onto Route 146 northbound and eventually re-entering Massachusetts. Davila and Marshall did not end their night following the pursuit with Foxborough PD, but instead proceeded to canvass several parking lots in the Whitinsville section of Northbridge before conducting additional suspected catalytic converter thefts in Northbridge, Mansfield and Worcester.

63.     Northbridge PD reported one vehicle being targeted for catalytic converter theft on 4/6/23. The following morning, Northbridge PD received a report of the catalytic converter being stolen from a 2011 GMC box truck bearing Massachusetts registration T13065 belonging to Cogley Construction located at 250 Douglas Road in Whitinsville (Northbridge). Detectives spoke with Mr. Cogley who stated that he noticed one of his trucks a 2011 GMC box truck bearing MA Commercial T13065 was missing the catalytic converter. Mr. Cogley further stated that the suspect(s) cut the exhaust pipe at the "Y" connector which he will have to replace the exhaust system as a result. Mr. Cogley estimated that the cost would be $3000 to $4000 dollars in total. Surveillance images from the parking lot show a maroon Acura MDX during the overnight hours of the theft. GPS data indicates the MAROON ACURA MDX was parked at 250 Douglas Road at 1:54 AM (ET, not accounting for DST).

64.     Worcester PD Reported one vehicle being targeted for catalytic converter theft on 4/6/23. Worcester PD received a report of the catalytic converter being stolen from a 2022 Isuzu NQR box truck bearing Massachusetts registration W68105 belonging to Gee Insulation located at 33 Pullman Street in Worcester. According to the report, surveillance video showed two individuals arriving at 4:48 AM in a maroon Acura SUV bearing stolen Massachusetts registration 1AR194. GPS data from the target maroon Acura MDX showed that vehicle parked at 33 Pullman

Street in Worcester at 3:51 AM (ET, not accounting for DST). This is the second time Gee Insulation has had a catalytic converter stolen from one of its work trucks by the DAVILA crew.

65.    Mansfield PD reported six vehicles being targeted for catalytic converter theft on 4/6/23.

   a.   On April 6, 2023, Mansfield PD received reports of a number of catalytic converter thefts at R.H. Scales located at 135 Forbes Boulevard. A total of three Isuzu box trucks and a Ford van were targeted, and seven catalytic converters in total were stolen from the vehicles (two converters from each of the box trucks). The reporting party stated that the last time they had to replace the catalytic converters on the box trucks, the cost was around $12,000 per box truck with having added the steel cable protection. A total estimate to replace the six catalytic converters for the three involved box trucks is approximately $36,000. Review of the surveillance video around 1:13 AM, a dark colored SUV (unknown registration) is seen driving by the side loading dock. The vehicle then drives into the rear parking lot, and parks alongside the white box truck and black van. Two individuals get out of the SUV. At points, bright flashes of light can be seen on the screen coming from underneath the vehicles (from sparks during the cutting of the catalytic converters). At approximately 1:22 AM, the two individuals drive away from the rear parking lot, and make their way down to the side loading dock.

   b.   On April 6, 2023, Mansfield PD also took a report of one catalytic converter being stolen from a 2021 Chevy 4500LCF Box style truck owned by Summit Energy at 15 Berkshire Drive.

   c.   On April 6, 2023, Mansfield PD also took a report of two catalytic converters being stolen from an Isuzu box truck owned by S.G. Torrice located at 31 Oxford Road.

66.    Review of the GPS data for the MAROON ACURA MDX showed that it was in Mansfield, MA from approximately 12:08 AM to 12:36 AM (ET, not accounting for daylight savings). The GPS data showed it stopping on Forbes Blvd multiple times during this period.

**L.    2/2/2023, Northborough, MA, Burglary and Theft of Tools**

67.    According to Northborough Police Report 2300001496, Northborough Police received reports of a burglary and motor vehicle theft at a storage facility. Based upon the report, multiple storage units were broken into and had the locks cut. One of the victims was an employee

of Milwaukee tools. Approximately $12,695 worth of Milwaukee tools and merchandise were stolen from the storage unit.  Additionally, the victim reported that his work van was stolen and that it had a GPS tracking device in it.  Furthermore, wheels were stolen from a Dodge Challenger that was also parked at the facility. The stolen work van was tracked via the GPS device and located in West Springfield, Massachusetts.

68.     Northborough Police recovered surveillance video from the storage facility and identified an Acura MDX being involved in the thefts from approximately 12:40 AM to 2:00 AM. This vehicle matches the description of the MAROON ACURA MDX. Still images from the surveillance video recovered by Northborough Police follow:





69.     Northborough Police obtained a list of Milwaukee items stolen from the storage unit. That list follows:

| QTY | ITEM# | DESCRIPTION | RETAIL | EXT RETAIL |
|---|---|---|---|---|
| 1 | 48-22-8426 | (2) PACKOUT ROLLING TOOLBOX | $139.00 | $139.00 |
| 2 | 48-22-8425 | PACKOUTLARGETOOLBOX | $89.97 | $179.94 |

| 1 | 48-22-8429 | PACKOUTXLTOOLBOX | $119.00 | $119.00 |
|---|---|---|---|---|
| 2 | 2722-20 | M18 FUEL SUPER SAWZALL BARE | $249.00 | $498.00 |
| 1 | 2821-20 | GEN II M18 FUEL SAWZALL (BARE) | $199.00 | $199.00 |
| 1 | 3697-22 | M18 FUEL 2PC COMBO KIT HD/ID | $399.00 | $399.00 |
| 2 | 48-11-1880 | M18 HIGH OUTPUT XC8.0 BATTERY | $199.00 | $398.00 |
| 1 | 2505-22 | M12 FUEL INSTALLATION DRILL ORV KIT | $229.00 | $229.00 |
| 1 | 2448-21 | M12 CABLE STAPLER KIT | $299.00 | $299.00 |
| 1 | 2836-20 | M18 FUEL MULTI TOOL | $229.00 | $229.00 |
| 1 | 2723-20 | M18 FUEL COMPACT ROUTER | $199.00 | $199.00 |
| 1 | 2829-20 | M18 FUEL COMPACT BANDSAW | $329.00 | $329.00 |
| 1 | 2429-21XC | M12 BAND SAW KIT | $269.00 | $269.00 |
| 1 | 2729-20 | M18 FUEL BAND SAW - BARE | $379.00 | $379.00 |
| 1 | 2880-20 | M18 FUEL 5" PADDLE BARE | $199.00 | $199.00 |
| 1 | 2118-21 | RLUSB BOLT HARD HAT HEADLAMP | $89.97 | $89.97 |
| 3 | 48-11-1850 | M18 XC5.0 BATTERY | $159.00 | $477.00 |
| 1 | 2737-20 | M18 FUEL D-HANDLE JIG-SAW (BARE) | $199.00 | $199.00 |
| 1 | 2719-20 | M18 FUEL HACKZALL (BARE) | $169.00 | $169.00 |
| 1 | 0970-20 | M18 FUEL PACKOUT 2.5 GAL WET/DRY VAC | $199.00 | $199.00 |
| 1 | 2532-20 | M12 FUEL PROPEX EXPANDER TL W/HD | $529.99 | $529.99 |
| 1 | 2767-20 | GEN II HTIW 1/2" RING BARE | $279.00 | $279.00 |
| 1 | 2962-20 | M18 FUEL 1/2" MTIW RING BARE | $249.00 | $249.00 |
| 1 | 2854-20 | M18 FUEL 3/8" CPIW RING BARE | $219.00 | $219.00 |
| 1 | 2960-20 | M18 FUEL 3/8" MTIW RING BARE | $249.00 | $249.00 |
| 4 | 2821-20 | GEN II M18 FUEL SAWZALL (BARE) | $199.00 | $796.00 |
| 4 | 2836-20 | M18 FUEL MULTI TOOL | $229.00 | $916.00 |
| 2 | 3697-22 | M18 FUEL 2PC COMBO KIT HD/ID | $399.00 | $798.00 |
| 2 | 2732-20 | M18 FUEL 7-1/4" CIRC SAW BARE | $249.00 | $498.00 |
| 6 | 48-11-1865 | M18 HIGH OUTPUT XC6.0 BATTERY | $179.00 | $1,074.00 |
| 35 | Mwt129 | Milwaukee logo Titleist Pro golf balls | $54.00 | $1,890.00 |
| | | | **TOTAL** | **$12,695.90** |

70.     Investigators reviewed text messages between DAVILA (utilizing TARGET PHONE 1) and MARSHALL (utilizing TARGET PHONE 7) on February 1, 2023, and February 2, 2023.  In the text messages, DAVILA and MARSHALL coordinate meeting up prior to the burglary on February 1, 2023, and then also communicate after the burglaries. Pertinent text messages follow:

| Date/Time | Author | Content |
|---|---|---|
| 2/1/2023 4:37:50 PM | MARSHALL | Ok grabbing those things then be over there |
| 2/1/2023 10:47:38 PM | DAVILA | 10 min away |
| 2/1/2023 10:48:52 PM | MARSHALL | Ok |
| 2/1/2023 10:57:52 PM | DAVILA | I'm in the automatic wash up the street then I'll be right there |
| 2/1/2023 11:01:22 PM | MARSHALL | Ok |
| 2/1/2023 11:06:52 PM | DAVILA | Here |
| 2/2/2023 11:31:35 AM | MARSHALL | You good bro ? |

| | | |
|---|---|---|
| 2/2/2023 11:31:50 AM | DAVILA | Yessir |
| 2/2/2023 11:31:59 AM | DAVILA | In the way to my barber |
| 2/2/2023 11:33:03 AM | MARSHALL | Oh ok bro |
| 2/2/2023 11:33:43 AM | DAVILA | I'll hit you up in a few Brody |
| 2/2/2023 11:41:19 AM | MARSHALL | Ok |

71.     The stolen van was tracked using the GPS device located inside the van to 203 Circuit Avenue, West Springfield.  Investigators reviewed the historical GPS information for the MAROON ACURA MDX, which showed that the MAROON ACURA MDX was at 203 Circuit Avenue, West Springfield 4:30 AM for 10 minutes, then left the area and travelled to DAVILA's residence in Feeding Hills, MA.

72.     Investigators obtained records from Home Depot. Review of those records revealed that on February 2, 2023, at 3:38 PM, DAVILA and MARSHALL purchased six (6) 27-gallon storage totes for $76.27 at a Home Depot located in West Springfield, MA.  Of note, DAVILA can be seen wearing black a black Adidas hat. After the purchase, surveillance video showed that DAVILA and MARSHALL exited the store and entered a black Suburban and departed the area. A still image of MARSHALL (left) and DAVILA exiting the Home Depot after the purchase follows:



73.     Investigators reviewed text messages between DAVILA (utilizing TARGET PHONE 1) and an individual whose identity is known to me, whom I will refer to as coconspirator-

two ("CC-2").  In the text message conversation, DAVILA sends CC-2 a text message that lists

the Milwaukee tool item numbers and retail price. CC-2 is an individual known to me who,

according to the evidence developed in this case, is an individual who resides in Connecticut that

is involved in the resale of stolen property. The item numbers sent by DAVILA to CC-2 match

those stolen from the storage unit.  The text messages then indicate that DAVILA travels to CC-

2, who I know to operate a warehouse in Connecticut. The pertinent text messages follow:

| Date | Author | Content |
|---|---|---|
| 2/2/2023 7:32:46 PM | DAVILA | Milwaukee inventory<br>2845-20 carry on power supply display msrp $700<br><br>Mxf501-1cp sewer drum machine new<br>Msrp $3000<br><br>MLXP712 expandable level new<br>Msrp $270<br><br>2736-20 fuel table saw display<br>Msrp $450<br><br>2131-20 dual power tower light new<br>Msrp $230<br><br>2365-20 mounting flood new<br>MSRP $120<br><br>2146-20 LED compact sight light<br>Msrp $350<br><br>2820-20 concrete sprayer display missing attachments msrp $300<br><br>2504-20 drill display<br>Msrp $150<br><br>2553-20 mini impact display<br>Msrp $130<br><br>5387-20 1/2 hammer drill display<br>Msrp $240<br><br>2767-20 1/2 fuel impact display<br>Msrp $330<br><br>2862-20 1/2 fuel impact one key display<br>Msrp $320<br><br>2473-20 press tool display<br>Msrp $1700 |

2836-20 oscillating multi tool display
Msrp $230

2773-20 force logic press tool display
Msrp $2740

2679-20 600 mcm crimper display
Msrp $2800

2916-20 sds rotary hammer display
Msrp $500

2980-20 fuel grinder display
Msrp $280

2888-20 fuel grinder display
Msrp $280

2737-20 jig saw display
Msrp $200

2915-DE hammervac dedicated dust extractor display
Msrp $180

2912-DE rotary hammer with hammervac display MSRP $500

2745-20 framing nailer display
Msrp $380

2841-20 finish nailer display
Msrp $330

2829-20 compact band saw display
Msrp $330

2429-20 band saw display
Msrp $200

2629-20 band saw display
Msrp $250

2729s-20 large band saw display
Msrp $420

2529-20 small band saw w battery display
Msrp $260

2720-20 sawzall display
Msrp $260

2722-20 sawzall display
Msrp $260

3622-29 cross line and plumb points laser
Display

Msrp $400

(2) 2982-20 fuel metal cutting circular saws display
Msrp $430 w battery

2471-20 copper tubing cutter display
Msrp $200

2635-20 double cut shear display
Msrp $270

(4) 2719-20 hackzall new
Msrp $170

(4) 2821-20 sawzall new
Msrp $200

(4) 2835-20 oscillating multi tools new
Msrp $230

(2) 0420-20 plug in drills new
Msrp $100

2886-20 fuel grinder new
Msrp $310

6141-30 plug in grinder new
Msrp $100

2625-20 hackzall new
$210

(2) 2626-20 m18 multi tool new
Msrp $140

2531-20 orbital detail sander new
Msrp $150

(2) 48-53-2840 head attachment kit new
Msrp $430

(3) 48-53-3840 head attachment kit new
Msrp $430

3522-21 laser usb cross line and plumb points laser new
Msrp $380

2749-20 narrow crown stapler new
Msrp $300

2732-20 circular saw new
Msrp $250

49-16-bkita bushing kit new
Msrp $350

| | | |
|---|---|---|
| | | 49-16-kitc mcm copper u-style dye kit new<br>Msrp $850<br><br>3697-22 drill and impact drill combo kit<br>Msrp $400<br><br>2808-20 fuel hole Hawg right angle drill with battery, bag and charger new<br>Msrp $500<br><br>2691-22 drill and impact combo kit new<br>Msrp $200<br><br>49-66-6805 metric and sae socket set new<br>Msrp $200<br><br>48-44-5195 angler interchangeable fish tape system new<br>Msrp $100<br><br>(2) 5387-20 plug in 1/2 inch hammer drill new<br>Msrp $240<br><br>49-56-9280 hole saw kit new<br>Msrp $140<br><br>49-22-0065 plumber selfeed bit set new<br>Msrp $230<br><br>3632-21 laser green 360 3 plain laser kit new<br>Msrp $600<br><br>2532-20 propex expander tool new<br>Msrp $530 |
| 2/2/2023 7:34:01 PM | CC-2 | Got it |
| 2/2/2023 7:50:15 PM | CC-2 | Call me when you can |
| 2/2/2023 7:50:35 PM | CC-2 | I'm doing the math now. I have a question |

| | | |
|---|---|---|
| 2/2/2023 8:25:43 PM | DAVILA[3] |  |
| 2/2/2023 8:26:16 PM | DAVILA | That's the big shit all top of the list |
| 2/2/2023 9:10:35 PM | CC-2 | Nice |
| 2/2/2023 9:15:06 PM | DAVILA | I'm 15-20 minutes away |
| 2/2/2023 9:20:01 PM | CC-2 | Ok |

74.     Of note, at 8:25 PM, DAVILA sent CC-2 a photograph of Milwaukee tools that appear new in box, that match items stolen on February 2, 2023, from the storage unit.

75.     Investigators conducted a preliminary review of historical CSLI for TARGET PHONE 1 utilized by Rafael DAVILA relative to the incidents.

   a.   TARGET PHONE 1 utilized cell towers in Northborough, MA from approximately 12:20 AM to 2:09 AM on February 2, 2023. The cell towers were within 2 miles from a the location of the thefts.  Engineering data for TARGET PHONE 1 placed it in the immediate vicinity of the locations of the thefts.

   b.   TARGET PHONE 1 utilized a cell tower in Feeding Hills, MA at 4:55 AM on February 2, 2023. The cell tower is within 1.25 miles from DAVILA's residence in Feeding Hills, MA.  Engineering data for TARGET PHONE 1 placed it in the immediate vicinity of the location of DAVILA's residence.

   c.   TARGET PHONE 1 utilized a cell tower in Feeding Hills, MA from 7:49 PM to 8:09 PM on February 2, 2023.

---

[3] Due to the manner of how the text messages were acquired, the image that was sent was not reproduced in the conversation thread. Rather, I believe that this image ("IMG_1085_2.HEIC") was the one sent in this text message based on the content, context and the fact that this image was the most recent image captured on DAVILA's iPhone prior to an image being sent to CC-2.

d.  TARGET PHONE 1 utilized a cell tower in Windsor, CT from 9:39 PM on February 2, 2023, to 1:45 AM on February 3, 2023. The cell tower is within 3000 feet from a warehouse known to be used by CC-2.  Engineering data for TARGET PHONE 1 placed it in the immediate vicinity of the locations of the warehouse in Windsor, CT used by CC-2.

76.  Investigators conducted a preliminary review of historical CSLI for TARGET

PHONE 7 utilized by Zachary MARSHALL relative to the incidents.

a.  TARGET PHONE 7 utilized cell towers in Northborough, MA from approximately 12:34 AM to 2:08 AM on February 2, 2023. The cell towers were within 2 miles from a the location of the thefts.  Engineering data for TARGET PHONE 7 placed it in the immediate vicinity of the locations of the thefts.

b.  TARGET PHONE 7 utilized a cell tower in Feeding Hills, MA at 4:57 AM on February 2, 2023. The cell tower is within 1.25 miles from DAVILA's residence in Feeding Hills, MA.  Engineering data for TARGET PHONE 7 placed it in the immediate vicinity of the locations of DAVILA's residence.

c.  TARGET PHONE 7 utilized cell towers in Northborough, MA from approximately 12:34 AM to 2:08 AM on February 2, 2023. The cell towers were within 2 miles from the location of the thefts.  Engineering data for TARGET PHONE 7 placed it in the immediate vicinity of the locations of the thefts.

d.  TARGET PHONE 7 utilized a cell tower in Feeding Hills, MA from 8:02 PM to 8:57 PM on February 2, 2023.

e.  TARGET PHONE 7 utilized a cell tower in Windsor, CT from 9:34 PM on February 2, 2023 to 1:45 AM on February 3, 2023. The cell tower is within 3000 feet from a warehouse known to be used by CC-2.  Engineering data for TARGET PHONE 7 placed it in the immediate vicinity of the locations of the warehouse in Windsor, CT used by CC-2.

77.  On February 2, 2023, at 2:11 A.M., Shrewsbury P.D. officers, who were aware of the suspect vehicle involved in the above-referenced string of catalytic converters thefts from the overnight hours of January 30 into January 31, 2023, became involved in a motor vehicle pursuit of Rafael Davila's MAROON ACURA MDX. The maroon Acura MDX was observed by Shrewsbury P.D. bearing Rhode Island registration 435977, with no front plate, traveling westbound on Hartford Turnpike at which time the officer began following the suspect vehicle and the suspect vehicle subsequently began driving evasively, causing the motor vehicle pursuit to ensue. The suspect vehicle was pursued into Worcester, then

onto I-90 near the Route 20 connector before the pursuit was eventually terminated. GPS Data from the MAROON ACURA MDX showed that it was in locations consistent with those referenced by Shrewsbury Officers and the GPS data showed that it was travelling at speeds around 120 mph during this case.

78.     On February 16, 2023, MARSHALL was driving an Infiniti and was subsequently pulled over by the Massachusetts State Police for having an improper registration on his vehicle.  During the stop the Trooper made the determination that the car needed to be towed.  Before towing the vehicle, the Trooper conducted an inventory search of the items in the car. Among the items noted during the inventory search were a Milwaukee impact driver and impact wrench.  The Milwaukee impact driver and impact wrench resemble the items that were stolen on February 2, 2023.  Among the item stolen was a 3697-22 M18 FUEL 2PC COMBO KIT HD/ID that would contain an impact driver and impact hammer drill.