UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ZACHARY MARSHALL,<br><br>Defendant. | Criminal No. 1:23-cr-10127-LTS |

**ASSENTED-TO MOTION TO CONTINUE SENTENCING**

Defendant Zachary Marshall moves to continue his sentencing, now scheduled for February 7, 2024, for a period of approximately sixty days to a date that is convenient to the Court in April 2024.

As grounds for this motion, Mr. Marshall states as follows:

1. Mr. Marshall's sentencing in this case is currently scheduled for February 7, 2024.

2. The scheduling of Mr. Marshall's presentencing interview with U.S. Probation was initially delayed due to communication issues and other operational delays that were affecting Wyatt Detention Center.

3. Mr. Marshall's presentencing interview with U.S. Probation was initially scheduled for December 15, 2023, a date that had been available to all parties. However, the U.S. Probation Officer assigned to conduct the interview has had to cancel that December 15, 2023 interview due to a professional conflict.

4. Mr. Marshall's counsel have been working with assigned U.S. Probation Officer Patten to reschedule Mr. Marshall's interview, but Attorney Cloherty is currently engaged in a jury trial in Suffolk Superior Court that will consume the first several

    weeks of December, causing additional delays in the efforts to reschedule Mr. Marshall's interview.

5. The requested extension is being sought to ensure that Mr. Marshall's presentencing interview can be scheduled and that the U.S. Probation Office will have sufficient time to prepare Mr. Marshall's presentence investigation report in advance of Mr. Marshall's sentencing in this case.

6. Undersigned counsel for Mr. Marshall have conferred with the U.S. Probation Office and with counsel for the United States regarding the relief requested in this motion. Both the U.S. Probation Office and government counsel have assented to the relief requested herein.

    Mr. Marshall accordingly requests that this Court issue an order continuing his sentencing in this matter for a period of sixty days, to a date that is convenient for the Court in April 2024.

    Respectfully submitted,

ZACHARY MARSHALL
By his attorneys,

/s/ *Alexandra Arnold*
Alexandra Arnold (BBO #706208)
aarnold@clohertsteinberg.com
Daniel J. Cloherty (BBO #565772)
dcloherty@clohertysteinberg.com
CLOHERTY & STEINBERG LLP
33 Arch Street, Suite 3150
Boston, MA 02110
617-481-0160

Dated: December 6, 2023

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants, as identified on the Notice of Electronic Filing, on December 6, 2023.

                                        /s/ *Alexandra Arnold*
                                        Alexandra Arnold