UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ZACHARY MARSHALL,<br><br>Defendant. | Criminal No. 1:23-cr-10127-LTS |

### DEFENDANT ZACHARY MARSHALL'S LETTERS OF SUPPORT

Zachary Marshall, by and through his undersigned counsel, hereby submits Letters of Support, attached as Exhibits A through H,[1] in connection with his sentencing hearing, which is currently scheduled for Wednesday, April 10, 2024, at 3:00 p.m.

Respectfully submitted,

ZACHARY MARSHALL
By his attorneys,

*/s/ Daniel J. Cloherty*
Daniel J. Cloherty (BBO #565772)
dcloherty@clohertysteinberg.com
Alexandra Arnold (BBO #706208)
aarnold@clohertysteinberg.com
CLOHERTY & STEINBERG LLP
One Financial Center, Suite 1120
Boston, MA 02111
617-481-0160

Dated: April 3, 2024

---

[1] Pursuant to Fed. R. Civ. P. 5.2, the names of minor children have been redacted to protect their privacy.

# EXHIBIT A

Mar 28·2024

Dear Judge,

Hi, my name is Gloria Marshall mother of Zachary Marshall. I Just want to start by saying how sorry i am for all the people my son has hurt. My son wasnt always like this he was born and live part of his life in a good loving home and nuberhood Zachary would help out the neibers by doing lawn work, and shoveling in the winters Zachary was nivoled in baseball, and Knote until he lost his Master Griffen. Zachary went into a deppestion for a while. Then in 2010 I had left his father so that put him into more deppestion Zachary luved with his father for most of his childhood do to divorse I ended up with his sister and his father wanted to keep him so it was Judge ordued. As Zachary got older he started hanging in Clubs then the Casino came into Springfeld Mass.

Zachary started hanging in these places.. then came the lost of his Uncle then a few weeks later His Grandmother passed away. So the lost of both of them hit him even harder as he was close to them. So came the anger of lossing the two people he loved. Zachary was also a victim of a drive by shooting a couple of years ago this is what got Zachary hooked on pills, and the drinking. My Son isn't a bad person. Bad Choices yes. but not a bad person. He would would help any lady that needed or wanted it. If you were cold he be the one to take his Jacket off and give it to you. Zachary has 3 great Kids they have this bond that is so speciall. Zachary Even took care of me I had 7 surgeries in one year and my son stayed by my side and took care of me. Zachary also has ADHD but never wanted to take the meds when he

was younger. But as he got older he Just kept his self busy by doing work on my house, and cars. He would fix bike's, and ride skate boards. If i sound all over the place with this letter I'm truely sorry this is very hard to write I feel I'm writing as if my son is never coming home. If you can spend one day with Zachary you will see a whole different person. So I guess what I'm trying to say is please look at my son, talk to my son. if you can, then you'll see the true Zachary Marshall. I know you will. I know he has to pay for the crime he did. but I would Just like for you to know him let him tell his story to you. Please. I Love my Son with All My Heart & Soul if I could put him in a bubble and keep him safe and off the pills and away from clubs, and Casino's i would of done it

a long time ago so he wouldn't of ended up here in Jail.

thank you for taking the time to read my letter, as I will stop writing or you'll end up with a book.

thank you again

Gloria Marshall

# EXHIBIT B

Dear Judge Sorokin,

      I'm Zachary's baby sister. Growing up it wasn't always just me and him it was me, him and our two brothers and three sisters. Although we all grew up in the same home, Zachary was always the one I felt more attached to, he's always been the one I've looked up to growing up despite our everyday arguments. Some may ask me " why would you look up to someone who's gotten in trouble? " Well, let me start by saying in most people's eyes yes, he may seem to be a troubled person. But, in my eyes and what most forget to see is the good in him, he's a very down to earth person with an incredible heart. He's someone who owns up to his mistakes and will take the consequences to his actions. I grew up watching him fall thousands of times hitting rock bottom and was able to get back up over and over again never giving up. That's what I look up to when it comes to him. He's taught me to be the same way without even knowing. Watching him go from sports to the streets was hard with being his little sister wondering when he'll be home and if he's okay when he's not. Every time Zachary would leave the house he used to always ask me " does this match " " does this go with these shoes or pants " and I'd be lying if I said I didn't miss that the most. I also miss getting texts everyday asking if i'm at home or at work every day. Those texts let me know that he was okay without him even knowing. When Zachary got shot it was the worst phone call of my life, all I could think about was how I'm going to lose my big brother. Him living on to see another day after that is a blessing that he deserves, I strongly believe he was blessed with a second chance at his life so he can make a difference in it.  Zachary is someone who tends to go through tough times alone which shows how brave and courageous he is. I won't say my brother is perfect because he isn't. He's put himself in a lot of messed up situations and although I don't know why he's done what he's done, I do know he's not that person. Zachary is not the person everyone seems to see him as, he isn't a monster he is a human who made mistakes and has grown to take accountability for them and suffer with the consequences. To most that doesn't change that they see him as this bad human but unfortunately this isn't a perfect world and there isn't one perfect human being who hasn't made a life changing mistake before. With that being said Zachary is his biggest critic and will struggle to forgive himself for any bad he's done in his life or has had to suffer through he's taken on a lot through his lifetime. I strongly think the least anyone can do for him is forgive him and see the good in him for once rather than always seeing the bad. Zachary will come out of all this strong like he always is and with a lot of growth he just needs to be reminded he isn't alone and isn't the person people make him to be, he is a growing father, sibling, uncle and son most of all a growing individual!

Thank you!
Alisha M.

# EXHIBIT C

Judge Leo T Sorokin
United States District Court
One Courthouse Way
Boston MA, 02210

Dear Judge Sorokin,

My name is Randy Marshall. I am Zachary Marshall's father I am writing to you to say Zach may have made poor choices but Zach is not a bad person. He has a good heart he has three kids that he loves dearly and he takes care of them all  he loves  them very much he provided for them making sure they had everything they needed He's a great father to all of them not only is he a great father he is a great son. He has a great heart  always  there to help anybody when needed asked or not asked he would help do what he could do. Zack, growing up was a good normal kid he was a very smart young man he was his own entrepreneur as a young boy 14 he had a business going he would moew lawns, trim trees and bushes, shovel snow, shovel snow of"f roofs  all through  the neighborhood His business grew more and more . He was an East Coast champion in martial arts from 5 to 15 years old. He's been with world champions from all over the world  He has been with movie stars like Michael, Jai White, Don, the dragon Wilson, Eric Lee and more, he is a very intelligent kid After  his Grandmaster in martial arts died and my dad passing away and me and his mother getting a divorce all in a row it was to much for him the happy outgoing kid I knew was starting to change he started blaming himself for the divorce I feel I lost my son because of me and his mother's divorce I believe it scarred him and he made the wrong decisions. I know from phone conversations he says he regrets it and he learned his lesson and I believe it.  Me and his oldest son  pray for Zack every day I know God's going to turn him around I believe it with all my faith and heart. I just pray and ask if you judge Sorokin could find in your heart for a lenient sentence. He has three little ones 2,'6,7 that miss him dearly and they're growing fast and need there dad. I see the pain in them when they're at my house and they talk to him on the phone asking when he is coming home and they want him here so they can hang out together. It crushes me to hear them and I know it hurts Zach also. I brought his oldest son Zayvien that's 7 with me to a men church conference in Boston and he stood up at 7 years old to about 100 men ,and asking for them to pray for his dad because  where he is at and asked God that his dad would find God  and God will answer his prayers and let him come home. Grown men had  tears coming down there face including myself because of this little boys Faith and believing in God .I ask you sir please be lenient in your decision. Please remember the little ones that this is affecting also. I thank you for your time and reading this letter. God bless  you and your family sir and I ask that you please seek God counseling and let him  guide you in your decision


Sincerely,
Randy Marshall

# EXHIBIT D

Dear Judge Sorokin,

My name is Jalal Busch, I'm the fiancée of Mr. Randy Marshall, the father of Zachary Marshall. My interteractions with Zach, have always been very cordial. He is a very nice kid with an extremely kind heart. I've only known Zach to be a respectful young man. He never turns down his father's advice and always has shown him the respect that he deserved. I've always felt that Zachary has the potential to do great things, if he chose to. He has a humble heart and is a great father, always encouraging his kids to be the best that they can be. His oldest son is 7 years old, and that boy is always praying for his father. I believe that Zach's heart is in the right place, but he allows himself to be around the wrong people. In the past few months Zach has been very expressive to us about the remorse that he feels for his actions. He knows that what he did was wrong and he understands that he must make positive changes to his life.

I hope and pray that whatever decision is made on Zachary's case is done in a way where he can still come out a better man and be involved in his young children's lives. Thank you for your time.

Best regards,

Jalal Busch

# EXHIBIT E



Dear Judge Sorokin,
Hi I am ▇ 7 years old the oldest son of Zachery my dad I am whighting to you to tell you my dad is a good dad that I love and miss I go to chuch and pray for my dad all the time I know God forgives him and I ask if you could forgive him and let him come back home with us. I miss hanging out with him I miss him a lot I miss talking to him I miss seeing him on the weekend I wish he could see my plays at chuch I wish he could come back Please allow him to come back Please.

From ▇

Judge Leo T. Sorokin
United States District Court
One Court courthouse way
Boston Ma 02210

# EXHIBIT F

Gabriella Collazo
171 Allen Park Rd
Springfield, Ma 01118
03/20/2024


Dear Judge Sorokin,


I am writing this letter on behalf of Zachary Marshall, who is set to appear before your competent court in April of 2024.I have Known Zachary Marshall for just over 5 years as a friend and during this time I have come to known him as a person of good character, very supportive and always open to helping. Zach has grown a great bond with not only me but my entire family.

In my experiences with Zach he has always shown a strong commitment to this 3 Children and the loved ones around him. Zach has always been a person I could rely on in any matter, from delivering me food when I was pregnant and couldn't move to just hearing me out and giving me great advice in times of need.

I believe that Zachary Marshall is genuinely remorseful for his actions and I am confident that he will make every effort to ensure that he will not commit those wrong doings again. I respectfully request that to you take this letter into consideration when making your decision.

Thank you for your time and consideration


Sincerely,

Gabriella Collazo

# EXHIBIT G

March 28th, 2024

Your Honor,

Hello, We are writing this letter in regards to the sentencing of our family friend Zachary Marshall, who became a part of our family. We have been friends for over 15 years and this situation has taken a toll on all of us. I want to bring to your light the kind of person that he is despite the grave allegations that he has faced. Leading up to this sentencing day , we want to make clear that he has family and friends that love and support him. He has a lot of positive support to guide him on the right path. Zachary has a good heart and is compassionate towards others. He has three children that are all under 7 years old and he has a very good relationship with them. He has always been a good active father to all his children. It's going to be devastating seeing his children have to be apart from him for a long period of time zack hasn't been in any trouble for the last couple years so they are used to seeing him on a daily basis as he spends time with them and does activities with them all the time, as he co-parents with the kids mothers. Zack has always been a good supportive friend, he has built a bond with the Moriarty family and we have a lot of memories and he will definitely be missed while he is away. We also want you to consider that he is still young and has time to get his life back in order. Zack is truly a good person at heart yes he has made mistakes but those dont define who he is as a person he isn't a danger to the community and a lot of people love and miss him he has been kind and helped out so many people in his life there are people who relied on him and who are hurting from this whole situation .We strongly believe this was a lesson learned and he wouldn't even think of repeating. This mistake that he made in his twenties shouldnt hinder his goals he wants to achieve in life. He is willing to change and has more than enough potential and support to stay on the right path once he is released. I would like to ask for leniency when you make your decision. We kindly ask that he will be reunited with his family and friends in a timely manner. Thank you for your time.
Sincerely,
The Moriarty Family.

# EXHIBIT H

# New Life Worship Center
### Because New Life Is Gods' Promise
www.nlwcofwestfield.org

To the honorable Judge Leo T. Sorokin,

My name is Gene Pelkey, I am Pastor of New Life Worship Center in Westfield Ma. Zachary Marshall's son, Zayvien and his father Randy Marshall are members of the church.

I met Zachary when he would attend church events. Zachary has taken responsibility for his actions. Zachary called his dad during one of our men's group meetings, at this particular meeting a troubled young man that was visiting the meeting was considering heading down the wrong path, Zachary got on the phone with him and spoke about the mistakes he has made and the effects it has had on his family, he advised the young man to reconsider and make better choices.

He is a dedicated father and cares for his children and their mom. I am confident once this is all behind him, he will get his life in order.

I understand that Zachary will be appearing before you for sentencing, I am asking that you would consider leniency for Zachary.  His young children need his presence during their vulnerable and formative years.

Thank you for taking the time to consider my request.

Sincerely,

*Pastor Gene Pelkey*
Pastor Gene Pelkey

Pastor Gene C. Pelkey
118 Meadow Street
Westfield, Ma. 01085
413.562.0344