# CLOUD APPLE IMESSAGES (WARRANT RETURN)

| CHAT PARTICIPANTS | |
|---|---|
| Number of participants | 2 |
| Display names | +14132978050 |
| | +14133300421 |
| Local user | |
| **CONVERSATION DETAILS** | |
| Number of messages | 21 |
| First message sent date/time | 5/27/2022 12:30:33 AM |
| Last message sent date/time | 5/27/2022 5:45:53 AM |
| Case time zone | (UTC) Coordinated Universal Time |

↔ Unknown direction
5/27/2022 12:30:33 AM

He hit you back ?

**+14133300421**

✓ Received
5/27/2022 12:48:10 AM

Yeah them trucks went down

↔ Unknown direction
5/27/2022 12:48:30 AM

How much they said though

**+14133300421**

✓ Received
5/27/2022 12:48:45 AM

I forgot under 3 tho like 2 someshit bro

**+14133300421**

No cap

✓ Received
5/27/2022 12:48:46 AM

**+14133300421**

280 if I'm right

✓ Received
5/27/2022 12:48:53 AM

Ohh ok

↔ Unknown direction
5/27/2022 1:10:27 AM

**+14133300421**

Yeah why what your man's said?

✓ Received
5/27/2022 1:11:46 AM

He just told me he checked and they just went up

↔ Unknown direction
5/27/2022 1:12:07 AM

**+14133300421**

When? I was just with him

✓ Received
5/27/2022 1:16:37 AM

Nah he looked on some page I guess idk

↔ Unknown direction
5/27/2022 1:17:02 AM

**+14133300421**

✓ Received

5/27/2022 1:17:26 AM

Oh idk but it's what goldy saying he the one paying feel me

**+14133300421**

✓ Received

5/27/2022 1:17:30 AM

He gotta way too

**+14133300421**

✓ Received

5/27/2022 1:17:31 AM

Way

**+14133300421**

✓ Received

5/27/2022 1:17:34 AM

Eat ***

↔ Unknown direction
5/27/2022 1:18:27 AM

Nah I know

**+14133300421**

✓ Received

5/27/2022 1:20:36 AM

Wtw tho

↔ Unknown direction
5/27/2022 1:21:02 AM

> Shit I'm just home wtw

> ↔ Unknown direction
> 5/27/2022 5:25:11 AM
>
> Wyd

**+14133300421**

✓ Received

5/27/2022 5:45:51 AM

Shit gettin a drink with shorty

**+14133300421**

✓ Received

5/27/2022 5:45:53 AM

Wyd