UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ZACHARY MARSHALL,<br><br>Defendant. | Criminal No. 1:23-cr-10127-LTS |

**DEFENDANT ZACHARY MARSHALL'S**
**MOTION FOR LEAVE TO FILE UNDER SEAL**

Defendant Zachary Marshall, by and through his undersigned counsel, respectfully moves this Court for leave to file under seal Mr. Marshall's reflections from the inmate-run restorative justice program described in Paragraph 4 of the Presentence Report. As grounds for this motion, Mr. Marshall states that these reflections are of a personal and sensitive nature, and public disclosure would be inappropriate.

Respectfully submitted,

ZACHARY MARSHALL
By his attorneys,

*/s/ Alexandra Arnold*
Alexandra Arnold (BBO #706208)
aarnold@clohertysteinberg.com
Daniel J. Cloherty (BBO #565772)
dcloherty@clohertysteinberg.com
CLOHERTY & STEINBERG LLP
One Financial Center, Suite 1120
Boston, MA 02111
617-481-0160

Dated: April 9, 2024

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants, as identified on the Notice of Electronic Filing, on April 9, 2024.

                                                */s/ Alexandra Arnold*
                                                Alexandra Arnold