UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ZACHARY MARSHALL,<br><br>Defendant. | Criminal No. 1:23-cr-10127-LTS |

**DEFENDANT ZACHARY MARSHALL'S SUPPLEMENTAL LETTER OF SUPPORT**

Defendant Zachary Marshall, by and through his undersigned counsel, hereby submits a supplemental Letter of Support, attached as Exhibit A, in connection with his sentencing hearing, which is currently scheduled for Wednesday, April 10, 2024, at 3:00 p.m.

                                                  Respectfully submitted,

                                                  ZACHARY MARSHALL
                                                  By his attorneys,

                                                  */s/ Alexandra Arnold*
                                                  Alexandra Arnold (BBO #706208)
                                                  aarnold@clohertysteinberg.com
                                                  Daniel J. Cloherty (BBO #565772)
                                                  dcloherty@clohertysteinberg.com
                                                  CLOHERTY & STEINBERG LLP
                                                  One Financial Center, Suite 1120
                                                  Boston, MA 02111
                                                  617-481-0160

Dated: April 9, 2024

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants, as identified on the Notice of Electronic Filing, on April 9, 2024.

                                                        /s/ *Alexandra Arnold*
                                                        Alexandra Arnold

# EXHIBIT A

Dear Judge Sorokin,

My name is Daijha. I'm the mother of Zachary's eldest son ▓▓▓▓▓ who is turning 8 in just a short month! I've known Zachary for about ten years and dated him for about 4. We're both 26 years old, and we'll both be turning 27 just a month apart from each other so just imagine how young we were trying to be parents.

Out of these ten years it has not been easy but one thing I can say since my son was born is that he never went without anything. For the first year or two my son was born I was a stay at home mom so with that being said all we had was Zack. He has always had an amazing bond with my boy, lately it's been affecting my son so much with focusing on school and at home behavior because a boy just needs his dad you know?

I know for sure Zack is not perfect but what I do know is he's perfect for his kids. It's hard to explain to an 8 year old when his dad's coming back or why he won't be. I'm not writing this for sympathy or anything but just to let everyone know he's more than just a "criminal" or whatever it says about him in them papers. He's a father, he's a son, and also he's young. His life has not been easy and has taken a toll mentally on him. Is that an excuse for bad behavior? Absolutely not, but with just a little guidance and a chance to make things better I really feel like he would overcome this chapter in his life. Not only for my son, but for his two other kids as well.

Zack has really taught me so much when it comes to providing and being the best mom I can be so my son never falls through the cracks, had he had the same opportunity we give my son I'm sure he would've never fell through the cracks either.

Everyone makes mistakes but mistakes don't define who you are and how you will live the rest of your life especially when you have little ones looking up to you. I believe deep down in my heart that this was a life lesson and if it meant being away from his kids til they were teenagers he would take everything back.

Daijha Lopez