UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ZACHARY MARSHALL,<br><br>Defendant. | Criminal No. 1:23-cr-10127-LTS |

**DEFENDANT ZACHARY MARSHALL'S TRANSCRIPT
AND CERTIFICATES OF COMPLETION**

Defendant Zachary Marshall, by and through his undersigned counsel, hereby submits his transcript (Ex. A) and certificates of completion (Ex. B) for programs completed during his detention at Wyatt Detention Facility.

                                                                         Respectfully submitted,

                                                                         ZACHARY MARSHALL
                                                                         By his attorneys,

                                                                         */s/ Alexandra Arnold*
                                                                          Alexandra Arnold (BBO #706208)
                                                                          aarnold@clohertysteinberg.com
                                                                          Daniel J. Cloherty (BBO #565772)
                                                                          dcloherty@clohertysteinberg.com
                                                                          CLOHERTY & STEINBERG LLP
                                                                          One Financial Center, Suite 1120
                                                                          Boston, MA 02111
                                                                          617-481-0160

Dated: April 9, 2024

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants, as identified on the Notice of Electronic Filing, on April 9, 2024.

                                             */s/ Alexandra Arnold*
                                             Alexandra Arnold

# EXHIBIT A

# Transcript for ZACHARY MARSHALL | CollaborNation®

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | Event Status | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A Student Guide to Drug and Alcohol Abuse | E-Learning Course | Jul 4, 2023 | Jul 4, 2023 | 0.05 | 0.50 | Passed | 0 | - | Jul 4, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Accessibility | E-Learning Course | Jul 4, 2023 | Jul 4, 2023 | 0.05 | 0.50 | Passed | 0 | - | Jul 4, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Adapting to Change | E-Learning Course | May 16, 2023 | May 16, 2023 | 0.05 | 0.50 | Passed | 80 | - | May 16, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Adult and Child CPR (Corrections) | E-Learning Course | May 16, 2023 | May 28, 2023 | 0.2 | 2.00 | Passed | 100 | - | May 28, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Anger Management | E-Learning Course | May 1, 2023 | May 16, 2023 | 0.1 | 1.00 | Passed | 80 | - | May 16, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Anti-Discrimination Law: A Primer for Small Businesses | E-Learning Course | Jun 16, 2023 | Jun 16, 2023 | 0.08 | 0.75 | Passed | 0 | - | Jun 16, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Asbestos Safety Awareness | E-Learning Course | Jul 4, 2023 | Jul 5, 2023 | 0.1 | 1.00 | Passed | 80 | - | Jul 5, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Basic Computer Skills | E-Learning Course | Jul 5, 2023 | Jul 5, 2023 | 0.15 | 1.50 | Passed | 80 | - | Jul 5, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Basic First Aid | E-Learning Course | Jul 4, 2023 | Jul 5, 2023 | 0.1 | 1.00 | Passed | 80 | - | Jul 5, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Becoming Tech Savvy | E-Learning Course | Jul 6, 2023 | Jul 6, 2023 | 0.15 | 1.50 | Passed | 100 | - | Jul 6, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Bed Bug Protection Tips | E-Learning Course | Jul 5, 2023 | Jul 5, 2023 | 0.05 | 0.50 | Passed | 88 | - | Jul 5, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Beginning a New Career | E-Learning Course | Jul 4, 2023 | Jul 4, 2023 | 0.05 | 0.50 | Passed | 100 | - | Jul 4, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Bloodborne Pathogens and HIV (Corrections) | E-Learning Course | Jul 5, 2023 | Jul 5, 2023 | 0.1 | 1.00 | Passed | 70 | 75 | Jul 5, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Career Experiences | E-Learning Course | Jul 5, 2023 | Jul 5, 2023 | 0.2 | 2.00 | Passed | 100 | - | Jul 5, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, |

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | Event Status | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Career Planning and Salary | E-Learning Course | Jul 5, 2023 | Jul 5, 2023 | 0.1 | 1.00 | Passed | 86 | - | Jul 5, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Careers Without College | E-Learning Course | Jul 4, 2023 | Jul 4, 2023 | 0.1 | 1.00 | Passed | 100 | - | Jul 4, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Chainsaw Safety | E-Learning Course | Jul 5, 2023 | Jul 5, 2023 | 0.05 | 0.50 | Passed | 80 | - | Jul 5, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Choosing the Best Solution | E-Learning Course | Jun 5, 2023 | Jul 4, 2023 | 0.15 | 1.50 | Passed | 100 | - | Jul 4, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Compressed Gas Safety | E-Learning Course | Jul 5, 2023 | Jul 5, 2023 | 0.08 | 0.75 | Passed | 86 | - | Jul 5, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Computer Basics | E-Learning Course | Jul 5, 2023 | Jul 5, 2023 | 0.2 | 2.00 | Passed | 90 | - | Jul 5, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Construction Hazards | E-Learning Course | Jul 5, 2023 | Jul 5, 2023 | 0.05 | 0.50 | Passed | 86 | - | Jul 5, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Contentious Relationships | E-Learning Course | Jul 4, 2023 | Jul 5, 2023 | 0.15 | 1.50 | Passed | 80 | - | Jul 5, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Cover Letters | E-Learning Course | Jul 6, 2023 | Jul 6, 2023 | 0.1 | 1.00 | Passed | 100 | - | Jul 6, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Creating a Safety Program | E-Learning Course | Jul 7, 2023 | Jul 7, 2023 | 0.18 | 1.75 | Passed | 80 | - | Jul 7, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Creativity | E-Learning Course | Jul 6, 2023 | Jul 6, 2023 | 0.05 | 0.50 | Passed | 100 | - | Jul 6, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Critical Thinking and Decision-Making | E-Learning Course | May 28, 2023 | May 28, 2023 | 0.1 | 1.00 | Passed | 80 | - | May 28, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Diversity, Equity, and Inclusion Training (Corrections) | E-Learning Course | Jul 7, 2023 | Jul 7, 2023 | 0.1 | 1.00 | Passed | 100 | - | Jul 7, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Domestic Abuse | E-Learning Course | May 16, 2023 | May 27, 2023 | 0.2 | 2.00 | Passed | 91 | - | May 27, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | Event Status | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Effective Health and Safety Committees | E-Learning Course | Jul 7, 2023 | Jul 7, 2023 | 0.1 | 1.00 | Passed | 100 | - | Jul 7, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Electrical Safety | E-Learning Course | Jul 7, 2023 | Jul 7, 2023 | 0.08 | 0.75 | Passed | 88 | - | Jul 7, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Electricity | E-Learning Course | Jul 7, 2023 | Jul 7, 2023 | 0.1 | 1.00 | Passed | 100 | - | Jul 7, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Elements of an Effective Safety and Health Program | E-Learning Course | Jul 7, 2023 | Jul 7, 2023 | 0.1 | 1.00 | Passed | 80 | - | Jul 7, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Emergency First Aid | E-Learning Course | Jul 4, 2023 | Jul 4, 2023 | 0.1 | 1.00 | Passed | 83 | - | Jul 4, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Employment | E-Learning Course | Jul 7, 2023 | Jul 7, 2023 | 0.15 | 1.50 | Passed | 83 | - | Jul 7, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Equal Opportunity 101 (Corrections) | E-Learning Course | Jul 6, 2023 | Nov 15, 2023 | 0.02 | 0.17 | In Progress | 0 | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Excavation and Trenching Awareness | E-Learning Course | Jul 6, 2023 | Jul 6, 2023 | 0.15 | 1.50 | Passed | 80 | - | Jul 6, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Forklift Safety | E-Learning Course | Jul 7, 2023 | Jul 7, 2023 | 0.1 | 1.00 | Passed | 80 | - | Jul 7, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Forklift: Material Handling (Corrections) | E-Learning Course | Jul 7, 2023 | Jul 7, 2023 | 0.03 | 0.25 | Complete | 0 | - | Jul 7, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Freelance Work | E-Learning Course | Jul 8, 2023 | Jul 8, 2023 | 0.05 | 0.50 | Passed | 83 | - | Jul 8, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Hazard Communication Basic | E-Learning Course | Jul 8, 2023 | Jul 8, 2023 | 0.1 | 1.00 | Passed | 88 | - | Jul 8, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Honest Jobs | E-Learning Course | Jul 8, 2023 | Jul 8, 2023 | 0.03 | 0.25 | Passed | 0 | - | Jul 8, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Indoor Air Quality | E-Learning Course | Jul 8, 2023 | Jul 8, 2023 | 0.1 | 1.00 | Passed | 90 | - | Jul 8, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Internet Safety | E-Learning Course | Jul 8, 2023 | Jul 8, 2023 | 0.1 | 1.00 | Passed | 80 | - | Jul 8, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, |

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | Event Status | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Interviewing Skills | E-Learning Course | Jul 8, 2023 | Jul 8, 2023 | 0.1 | 1.00 | Passed | 100 | - | Jul 8, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Introduction and Understanding of OSHA | E-Learning Course | Jul 8, 2023 | Jul 8, 2023 | 0.08 | 0.75 | Complete | 0 | - | Jul 8, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Introduction to Gmail | E-Learning Course | Jul 9, 2023 | Jul 9, 2023 | 0.1 | 1.00 | Passed | 88 | - | Jul 9, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Job Applications | E-Learning Course | Jul 9, 2023 | Jul 9, 2023 | 0.1 | 1.00 | Passed | 100 | - | Jul 9, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Job Search and Networking | E-Learning Course | Jul 9, 2023 | Jul 9, 2023 | 0.15 | 1.50 | Passed | 80 | - | Jul 9, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Job Success | E-Learning Course | Jul 10, 2023 | Jul 10, 2023 | 0.1 | 1.00 | Passed | 100 | - | Jul 10, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Making Your Home A Safer Place | E-Learning Course | Jul 11, 2023 | Jul 11, 2023 | 0.08 | 0.75 | Passed | 90 | - | Jul 11, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Managerial Leadership: Planning for Change | E-Learning Course | Jul 12, 2023 | Jul 12, 2023 | 0.05 | 0.50 | Passed | 100 | - | Jul 12, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Managing Stress | E-Learning Course | May 27, 2023 | May 27, 2023 | 0.1 | 1.00 | Passed | 0 | - | May 27, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Medication Safety Basics | E-Learning Course | Jul 12, 2023 | Jul 12, 2023 | 0.05 | 0.50 | Passed | 100 | - | Jul 12, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Mold Safety Awareness | E-Learning Course | Jul 12, 2023 | Jul 12, 2023 | 0.05 | 0.50 | Passed | 83 | - | Jul 12, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Motivation: Identifying, Planning, and Implementing: The Motivation Process | E-Learning Course | Jul 12, 2023 | Jul 12, 2023 | 0.1 | 1.00 | Passed | 100 | - | Jul 12, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Motivation: Identifying, Planning, and Implementing: Using What You've Learned (Corrections) | E-Learning Course | Jul 12, 2023 | Jul 12, 2023 | 0.05 | 0.50 | Passed | 100 | - | Jul 12, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| NIEHS Driving Hazard Awareness | E-Learning Course | Jul 12, 2023 | Jul 13, 2023 | 0.02 | 0.17 | Complete | 0 | - | Jul 13, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | Event Status | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Offender Corrections | E-Learning Course | Jul 13, 2023 | Jul 13, 2023 | 0.1 | 1.00 | Passed | 0 | - | Jul 13, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Offender Responsibility | E-Learning Course | Jul 14, 2023 | Jul 14, 2023 | 0.1 | 1.00 | Passed | 83 | - | Jul 14, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Office Safety and Health | E-Learning Course | Jul 15, 2023 | Jul 15, 2023 | 0.05 | 0.50 | Passed | 100 | - | Jul 15, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Online Money Tips | E-Learning Course | Jul 16, 2023 | Jul 16, 2023 | 0.1 | 1.00 | Passed | 100 | - | Jul 16, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Part-time Jobs | E-Learning Course | Jul 16, 2023 | Jul 16, 2023 | 0.05 | 0.50 | Passed | 83 | - | Jul 16, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Pesticides and Chemical Safety | E-Learning Course | Jul 17, 2023 | Jul 17, 2023 | 0.05 | 0.50 | Passed | 100 | - | Jul 17, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Planning for Emergencies (Corrections) | E-Learning Course | Jul 17, 2023 | Jul 17, 2023 | 0.05 | 0.50 | In Progress | 0 | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Preventing Violence at the Workplace | E-Learning Course | Jul 17, 2023 | Jul 17, 2023 | 0.05 | 0.50 | Passed | 100 | - | Jul 17, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Safe Lifting Practices and Manual Material Handling (Corrections) | E-Learning Course | Jul 6, 2023 | Jul 6, 2023 | 0.08 | 0.75 | Passed | 80 | - | Jul 6, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Safe Patient Handling | E-Learning Course | Jul 17, 2023 | Jul 17, 2023 | 0.05 | 0.50 | Passed | 80 | - | Jul 17, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Safe Vehicle Operation | E-Learning Course | Jul 17, 2023 | Jul 17, 2023 | 0.05 | 0.50 | Passed | 100 | - | Jul 17, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Safety Training for Supervisors (Corrections) | E-Learning Course | Jul 18, 2023 | Jul 18, 2023 | 0.07 | 0.67 | In Progress | 0 | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Sanitation and Hygiene | E-Learning Course | Jul 6, 2023 | Jul 6, 2023 | 0.03 | 0.25 | Complete | 0 | - | Jul 6, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Scaffold and Ladder Safety Training | E-Learning Course | Jul 17, 2023 | Jul 27, 2023 | 0.1 | 1.00 | Passed | 100 | - | Jul 27, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Scaffolding Safety | E-Learning Course | Jul 18, 2023 | Jul 18, 2023 | 0.05 | 0.50 | Passed | 90 | - | Jul 18, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, |

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | Event Status | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Strategic Decision Making: Negotiation Decisions | E-Learning Course | Jul 18, 2023 | Jul 18, 2023 | 0.12 | 1.17 | Passed | 100 | - | Jul 18, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Strategic Decision Making: Preparing to Make Decisions | E-Learning Course | Jul 18, 2023 | Jul 18, 2023 | 0.15 | 1.50 | Passed | 80 | - | Jul 18, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Substance Abuse | E-Learning Course | Jul 6, 2023 | Jul 6, 2023 | 0.15 | 1.50 | Passed | 100 | - | Jul 6, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Suicide Prevention (Corrections) | E-Learning Course | Jul 6, 2023 | Jul 6, 2023 | 0.13 | 1.25 | Passed | 100 | - | Jul 6, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Understanding the Basic Concepts of HIPAA (Corrections) | E-Learning Course | Jul 27, 2023 | Nov 15, 2023 | 0.08 | 0.75 | In Progress | 0 | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Wellness Programs (Corrections) | E-Learning Course | - | - | 0.03 | 0.25 | Not Attempted | - | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| What's Bugging You? Communicable Diseases | E-Learning Course | - | - | 0.02 | 0.17 | Not Attempted | - | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Workplace Basics | E-Learning Course | Jul 18, 2023 | Jul 27, 2023 | 0.1 | 1.00 | Passed | 100 | - | Jul 27, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Writing Skills | E-Learning Course | Jul 6, 2023 | Jul 6, 2023 | 0.05 | 0.50 | Passed | 100 | - | Jul 6, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Young Worker Safety Training: Module 1 (Corrections) | E-Learning Course | - | - | 0.03 | 0.25 | Not Attempted | - | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Young Worker Safety Training: Modules 2 & 3 (Corrections) | E-Learning Course | Jul 7, 2023 | Jul 7, 2023 | 0.05 | 0.50 | Complete | 0 | - | Jul 7, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |

# EXHIBIT B

# CERTIFICATE *of* COMPLETION

PRESENTED TO

## ZACHARY MARSHALL

IN RECOGNITION OF SUCCESSFULLY COMPLETING:

*Criminal Lifestyles - 2023*

At The Donald W. Wyatt Detention Facility

SUSAN DEVONIS
Programs Department
6/23/2023



# CERTIFICATE *of* COMPLETION

PRESENTED TO

## ZACHARY MARSHALL

IN RECOGNITION OF SUCCESSFULLY COMPLETING:

### *Living With Others - 2023*

At The Donald W. Wyatt Detention Facility

SUSAN DEVONIS
Programs Department
7/3/2023



# CERTIFICATE *of* COMPLETION

PRESENTED TO

## ZACHARY MARSHALL

IN RECOGNITION OF SUCCESSFULLY COMPLETING:

### *Adjustment To Incarceration - 2023*

At The Donald W. Wyatt Detention Facility



*signature*
SUSAN DEVONIS
Programs Department
7/3/2023

# CERTIFICATE *of* COMPLETION

PRESENTED TO

## ZACHARY MARSHALL

(53647-510)

HAS SUCCESSFULLY COMPLETED THE

### *Rational Thinking*

At The Donald W. Wyatt Detention Facility

L. Jimenez
Programs Director



August 2023

# DONALD W. WYATT DETENTION FACILITY

## CERTIFICATE OF COMPLETION

IS HEREBY GRANTED TO

**ZACHARY MARSHALL**

TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

**ANXIETY & DEPRESSION**

GRANTED NOVEMBER 15, 2023

_____, LMHC

BETSY E. RICCIO, LMHC, MENTAL HEALTH COORDINATOR

DONALD W. WYATT DETENTION FACILITY

CERTIFICATE OF COMPLETION

IS HEREBY GRANTED TO

**ZACHARY MARSHALL**

TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

**ANGER MANAGEMENT**

GRANTED NOVEMBER 15, 2023

_____, LMHC

BETSY E. RICCIO, LMHC, MENTAL HEALTH COORDINATOR