UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    v. )<br>)<br>ZACHARY MARSHALL, )<br>       Defendant. ) | Criminal No. 23-CR-10127-LTS |

## DECLARATION OF PUBLICATION

Pursuant to 21 U.S.C. § 853(n)(1), and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, which authorizes the manner of publication of an Order of Forfeiture in a criminal case, notice of the Preliminary Order of Forfeiture (Docket No. 220), was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on April 25, 2024 and ending on May 24, 2024.  *See* Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.  Executed on April 17, 2025, at Boston, Massachusetts.

                                      Respectfully submitted,

                                      LEAH B. FOLEY
                                      United States Attorney,

                   By:    */s/ Alexandra W. Amrhein*
                            ALEXANDRA W. AMRHEIN
                            Assistant United States Attorney
                            United States Attorney's Office
                            1 Courthouse Way, Suite 9200
                            Boston, MA 02210
                            (617) 748-3100
Dated:  April 17, 2025            alexandra.amrhein@usdoj.gov