UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.        )<br>)<br>ZACHARY MARSHALL,   )<br>       Defendant.   ) | Criminal No. 23-CR-10127-LTS |

**DECLARATION OF ALEXANDRA W. AMRHEIN
REGARDING SERVICE OF PROCESS**

I, Alexandra W. Amrhein make the following declaration:

1. I am an Assistant United States Attorney.  I represent the United States of America in this case.

2. I hereby certify that the following individuals/entities have been served a certified copy of the Preliminary Order of Forfeiture (Docket No. 220), issued by the Court on April 3, 2024, pursuant to 21 U.S.C. § 853(n)(1):

  a) Zachary Marshall, Donald W. Wyatt Detention Facility, 950 High Street, Central Falls, Rhode Island 02863.

Attached as Exhibit A is the USPS tracking information reflecting service.

3. I also certify that counsel for the Defendant has been served a copy of the Preliminary Order of Forfeiture via the Electronic Case Filing system (ECF), in accordance with 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(D), incorporating Supplemental Rule G(4)(b)(iv), which provides for service by electronic mail.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief. Executed on April 17, 2025 in Boston, Massachusetts.

          Respectfully submitted,

          LEAH B. FOLEY
          United States Attorney,

By:   /s/ *Alexandra W. Amrhein*
       ALEXANDRA W. AMRHEIN
       Assistant United States Attorney
       United States Attorney's Office
       1 Courthouse Way, Suite 9200
       Boston, MA 02210
       (617) 748-3100

Dated: April 17, 2025       alexandra.amrhein@usdoj.gov