# EXHIBIT A

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 70220410000271788397

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 9:05 am on April 8, 2024 in CENTRAL FALLS, RI 02863.

### Get More Out of USPS Tracking:

**USPS Tracking Plus®**

Feedback

### Delivered
**Delivered, Left with Individual**

CENTRAL FALLS, RI 02863
April 8, 2024, 9:05 am

**In Transit to Next Facility**

April 6, 2024

**Arrived at USPS Regional Facility**

PROVIDENCE RI DISTRIBUTION CENTER
April 5, 2024, 9:27 am

**Arrived at USPS Regional Facility**

BOSTON MA DISTRIBUTION CENTER
April 4, 2024, 9:47 pm

**Hide Tracking History**



Donald W. Wyatt Detention Facility
Zachary Marshall
950 High Street
Central Falls, RI 02863

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**