UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  Criminal No. 23-CR-10127-LTS |
| | ) |
| ZACHARY MARSHALL, | ) |
| Defendant. | ) |

### UNITED STATES' MOTION FOR FINAL ORDER OF FORFEITURE

The United States of America, by its attorney, Leah B. Foley, United States Attorney for the District of Massachusetts, respectfully moves this Court for the issuance of a Final Order of Forfeiture in the above-captioned case pursuant to 18 U.S.C § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(c) of the Federal Rules of Criminal Procedure.  A proposed Final Order of Forfeiture is submitted herewith.  In support thereof, the United States sets forth the following:

1.  On April 3, 2024, in connection with the charges against defendant Zachary Marshall (the "Defendant"), this Court issued a Preliminary Order of Forfeiture against the following property, pursuant to 18 U.S.C § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure:

   a.  $1,467 in United States currency, seized from the Defendant on April 12, 2023, in Thorndike, MA (the "Currency").

*See* Docket No. 220.

2.  Notice of the Preliminary Order of Forfeiture was sent to all interested parties and published on the government website www.forfeiture.gov for thirty (30) consecutive calendar days, beginning on April 25, 2024, and ending on May 24, 2024.  *See* Docket Nos. 341 and 342.

3.  No claims of interest in the Currency have been filed with the Court or served on the United States Attorney's Office, and the time within which to do so has expired.

WHEREFORE, the United States requests that this Court enter a Final Order of Forfeiture against the Currency, in the form submitted herewith.

                                        Respectfully submitted,

                                        LEAH B. FOLEY
                                        United States Attorney,

By:    */s/ Alexandra W. Amrhein*
        PHILIP A. MALLARD
        ALEXANDRA W. AMRHEIN
        Assistant United States Attorneys
        United States Attorney's Office
        1 Courthouse Way, Suite 9200
        Boston, MA 02210
        (617) 748-3100
Dated:  April 17, 2025        alexandra.amrhein@usdoj.gov