UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 23-CR-10127-LTS |
| ) | |
| ZACHARY MARSHALL, ) | |
| Defendant. ) | |

## FINAL ORDER OF FORFEITURE

**SOROKIN, D.J.**

WHEREAS, on April 3, 2024, in connection with the charges against defendant Zachary Marshall (the "Defendant"), this Court issued a Preliminary Order of Forfeiture against the following property, pursuant to 18 U.S.C § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure:

   a.   $1,467 in United States currency, seized from the Defendant on April 12, 2023, in Thorndike, MA (the "Currency");

WHEREAS, notice of the Preliminary Order of Forfeiture was sent to all interested parties and published on the government website www.forfeiture.gov for thirty (30) consecutive calendar days, beginning on April 25, 2024 and ending on May 24, 2024; and

WHEREAS, no claims of interest in the Currency have been filed with the Court or served on the United States Attorney's Office, and the time within which to do so has expired.

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, AND DECREED that:

   1.   The United States' Motion for a Final Order of Forfeiture is allowed.

   2.   The United States of America is now entitled to the forfeiture of all rights, title or interests in the Currency, which is hereby forfeited to the United States of America pursuant to 18 U.S.C § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(c) of the Federal Rules of Criminal Procedure.

      3.    All other parties having any rights, title or interests in the Currency are hereby held in default.

      4.    The United States is hereby authorized to dispose of the Currency in accordance with applicable law.

      5.    This Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

/s/ Leo T. Sorokin

**LEO T. SOROKIN**
United States District Judge

Dated: 4/18/2025